```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653130531
Cashier ID: campbell
Transaction Date: 07/25/2018
Payer Name: LORRAINE LOSHIN
--------------------------------
TREASURY REGISTRY
 For: LAUREN SALZMAN
 Case/Party: D-NYE-1-18-CR-000204-005
 Amount:         $50,000.00
--------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $50,000.00
--------------------------------
Total Due:      $50,000.00
Total Tendered: $50,000.00
Change Amt:     $0.00
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

LAUREN SALZMAN

-----------------------------------------------X

ORDER
FOR ACCEPTANCE OF CASH BAIL

NDNY Docket No. 18-MJ-415
EDNY Docket No. 18CR204(NGG)

    Bail having been fixed by Hon. __Judge Stewart__, in the above entitled action in the amount of $ __5,000,000__ of which sum $__50,000__ in cash is to be deposited with the Clerk of the Court.

    It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $__50,000__ when tendered on behalf of the above defendant.

    **SO ORDERED.**

Dated: Brooklyn, New York
       July 24, 2018

s/Viktor V. Pohorelsky
UNITED STATES MAGISTRATE JUDGE

Receipt No. 4653130531
Money Deposited By: ~~Malzolica~~ LORRAINE LOSHIN
address & Telephone 51 STRATFORD TERRACE
                           CRANFORD, NJ 07016
                           908-276-9481