UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -                       18-CR-204 (NGG)

KEITH RANIERE, <u>et al</u>.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

         PLEASE TAKE NOTICE that Assistant United States Attorney Kevin Trowel

from this point forward will be added as counsel in the above-captioned matter.

         All future correspondence to the United States in the above-captioned matter

should also be sent to:

         Assistant U.S. Attorney Kevin Trowel
         United States Attorney's Office (Criminal Division)
         271 Cadman Plaza East
         Brooklyn, NY 11201
         Tel:  (718) 254-6469
         Email: Kevin.Trowel@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kevin Trowel at the email address set forth above.

Dated:   Brooklyn, New York
          December 3, 2018

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                    United States Attorney

                        By:    /s/ Kevin Trowel
                                    Kevin Trowel
                                    Assistant U.S. Attorney

cc:      Clerk of the Court (NGG)