UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                    18-204 (NGG) (S-1)

KEITH RANIERE, ET AL.,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that Assistant United States Attorney Mark J. Lesko

from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter

should be sent to:

      Assistant U.S. Attorney Mark J. Lesko
      United States Attorney's Office (Criminal Division)
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel:  (718) 254-6048
      Fax: (718) 254-6300
      Email: Mark.Lesko@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Mark J. Lesko at the email address set forth above.

Dated:    Brooklyn, New York
          January 28, 2019

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

                    By:    /s/ Mark J. Lesko
                           Mark J. Lesko
                           Assistant U.S. Attorney

cc:    Clerk of the Court (NGG)