**DOCKET NUMBER: CR 18-0204 (NGG)**

### CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE: MARCH 25, 2019**  **TIME IN COURT** __ HRS  60  MINS
@ 4:00 PM.

**1. DEFENDANT**: LAUREN SALZMAN

Present X   Not Present       Custody       Not Custody  X

 **DEFENSE COUNSEL**: HECTOR DIAZ / ANDREA TAZIOLI
 FEDERAL DEFENDER:       CJA:              RETAINED: X

**2. DEFENDANT**:
Present   Not Present       Custody       Not Custody

**DEFENSE COUNSEL:**
 FEDERAL DEFENDER:       CJA:       RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody       Not Custody**

**DEFENSE COUNSEL:**
 **FEDERAL DEFENDER:   CJA:   RETAINED:**

**A.U.S.A.**: MOIRA KIM PENZA / TANJA HAJJAR

**COURT REPORTER**: ANTHONY FRISOLONE

**INTERPRETER:           LANGUAGE:**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~*Util-Plea Entered*) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held   ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty ☐ Sentence enhancement Phase | ☐ Bench Trial Begun |

**Speedy Trial Start :   Speedy Trial Stop:   CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?   YES                   NO   X**

THE DEFENDANT PLEADS GUILTY TO COUNTS ONE AND TWO OF THE SUPERSEDING INDICTMENT (S-2). SENTENCING IS SCHEDULED FOR WEDNESDAY, SEPTEMBER 11, 2019 AT 11:00 AM. THE TRANSCRIPT OF THIS PROCEEDING SHALL BE FILED UNDER SEAL.