

U.S. Department of Justice

United States Attorney
Eastern District of New York

MKM:TH/MKP/MJL/KMT                 271 Cadman Plaza East
F. #2017R01840                     Brooklyn, New York 11201

March 28, 2019

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Lauren Salzman
                 Criminal Docket No. 18-204 (S-2) (NGG) (VMS)

Dear Judge Garaufis:

        On March 25, 2019, the defendant Lauren Salzman pleaded guilty in open court. At that time and at the request of counsel for Lauren Salzman, the Court sealed the transcript of the defendant's plea hearing. The parties now jointly move the Court to unseal the enclosed redacted copy of the defendant's change of plea hearing. The government respectfully submits that the proposed limited redactions are necessary for the reasons set forth on the record during the March 25, 2019 plea hearing. If the Court grants the joint

request, the government will provide the court reporter with the proposed redactions so that the court reporter can make the redacted transcript available to requesting parties.

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

By:   /s/
                Moira Kim Penza
                Tanya Hajjar
                Mark J. Lesko
                Kevin Trowel
                Assistant U.S. Attorneys
                (718) 254-7000

Enclosure (by hand)

cc:    Clerk of the Court (NGG) (by ECF) (without enclosure)