D/F



| | Renaissance One | Attorneys at Law in |
| --- | --- | --- |
| | Two North Central Avenue | Chicago |
| | Phoenix, Arizona 85004-2391 | Indianapolis |
| | 602.229.5200 | Madison |
| | Fax 602.229.5690 | Milwaukee |
| | www.quarles.com | Naples |
| | | Phoenix |
| | | Tampa |
| | | Tucson |
| | | Washington, D.C. |

Writer's Direct Dial: 602.229.5274
E-Mail: hector.diaz@quarles.com

April 3, 2019

**BY ECF**

Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   *United States of America v. Lauren Salzman, 18 Cr. 204 (NGG)*

Dear Judge Garaufis:

We are writing to you on behalf of our client, Lauren Salzman ("Ms. Salzman"), to respectfully request a temporary modification to the Court's Order Setting Release Conditions (DKT. 91; "Bail Order") to allow Ms. Salzman to travel outside of the Northern District of New York on April 6-7, 2019.

Ms. Salzman is requesting the Court's permission to travel outside of the Northern District of New York on April 6-7, 2019 so that she may visit her grandparents. Ms. Salzman's grandparents are elderly and are currently suffering with medical issues. Ms. Salzman would like to be able to visit her grandparents at their residence on these dates, so that she can spend time with them and provide them with any assistance they may need. Should the Court approve this travel, Ms. Salzman respectfully requests that the Court allow her to stay overnight at her grandparents' residence on April 6, 2019 and return home on April 7, 2019. Moreover, Ms. Salzman intends to travel by car to her grandparents' residence. The travel time from the Northern District of New York to Ms. Salzman's grandparents' residence is approximately three hours. Undersigned counsel has provided the names of Ms. Salzman's grandparents and their specific address to both the government and Pre-Trial Services.

The government and Pre-Trial Services have no objection to this temporary modification of Ms. Salzman's release conditions. If Your Honor so approves, Ms. Salzman will coordinate with her Pretrial Services Officer to arrange for her travel on April 6-7, 2019. Should the Court

QB\56858280.1

Honorable Nicholas G. Garaufis
April 3, 2019
Page 2

seek any additional information regarding this request, we respectfully request that the Court contact undersigned counsel. Thank you for your consideration of this request.

                Very truly yours,

                /s/
                Hector J. Diaz
                Andrea Tazioli
                602.229.5274
                602.229.5710

HJD:dlh

CC:    All Counsel (by ECF)
        Pre-Trial Services Officer, Michael Dorn (by email)
        Pre-Trial Services Officer, Kendra Rennie (by email)

*Application granted. So ordered.*

s/Nicholas G. Garaufis
4/4/19

QB\56858280.1