

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MKP/TH/MJL/KMT<br>F. #2017R01840 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 12, 2019

<u>By ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Keith Raniere, et al.</u>
       <u>Criminal Docket No. 18-204 (S-2) (NGG) (VMS)</u>

Dear Judge Scanlon:

    The government respectfully writes to inform the Court that its position as to provision of the search warrant for 8 Hale Drive, Clifton Park, New York (the "Warrant") to counsel for Nxivm is the same as the position it set forth regarding the affidavit for the same. A redacted version of the Warrant has been publicly available since April 2018. The government opposes any further disclosure of the Warrant. The government further notes that, in light of the trial schedule, the government does not intend to litigate further the issue of whether there was a blanket waiver of any potential privilege over materials recovered from the location. Because this was the premise of the counsel for Nxivm's request for the Warrant, the government respectfully submits that the request is now moot. The privilege

team will continue to review the documents segregated from the recovered materials as potentially privileged and will confer with any appropriate parties regarding that review.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/
Moira Kim Penza
Tanya Hajjar
Mark J. Lesko
Kevin Trowel
Assistant U.S. Attorneys
 (718) 254-7000

cc: Counsel of Record (by ECF)
Michael J. Sullivan, Esq. (by email)

2