KKO
F. #2017R01840

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

KEITH RANIERE, *et al.*

                Defendants.

– – – – – – – – – – – – – – – –X

**CERTIFICATE OF SERVICE**

Criminal Docket No. 18-204 (S-2) (NGG)

      I, Elizabeth Valeriane, hereby certify that on July 22, 2019, I caused to be served Notices of Forfeiture, copies of the Preliminary Orders of Forfeiture and copies of the Amended Orders of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by Certified Mail Return Receipt Requested, (attached hereto) upon:

| | |
|---|---|
| Kathy Russell<br>c/o Justine Harris, Esq.<br>Sher Tremonte LLP<br>90 Broad Street, 23rd Floor<br>New York, New York 10004 | Lauren Salzman<br>c/o Hector Diaz, Esq.<br>Quarles & Brady, LLP<br>2 North Central Avenue<br>Phoenix, Arizona 85004 |
| Allison Mack<br>c/o William McGovern, Esq.<br>Kobre & Kim LLP<br>800 Third Avenue, Floor 6<br>New York, New York 10022 | Clare Bronfman<br>c/o Kathleen Cassidy, Esq.<br>Hafetz & Necheles LLP<br>10 E 40th St, 48th Floor<br>New York, New York 10016 |

Keith Raniere
c/o Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017

Sara Bronfman
c/o Lester E. Lipschutz, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

Keith Raniere - 57005-177
MDC Brooklyn
METROPOLITAN DETENTION CENTER
P.O. Box 329002
Brooklyn, New York 11232

Fifth Third Mortgage Company
5001 Kingsley Drive
MD: 1MOCBQ
Cincinnati, Ohio 45227


I, Elizabeth Valeriane, further certify that on August 13, 2019, I caused to be served Notices of Forfeiture, copies of the Preliminary Orders of Forfeiture and copies of the Amended Orders of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by Certified Mail Return Receipt Requested, (attached hereto) upon:

NXIVM
c/o Michael Sullivan, Esq.
Ashcroft Law Firm
200 State Street, 7th Floor
Boston, Massachusetts 02109


Dated:  Brooklyn, New York
        August 21, 2019

/s/ *Elizabeth Valeriane*
Elizabeth Valeriane
FSA, Law Clerk



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| KKO | *271 Cadman Plaza East* |
| F. #2017R01840 | *Brooklyn, New York 11201* |

July 22, 2019

By Certified Mail/Return Receipt Requested

Kathy Russell
c/o Justine Harris, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:    *United States v. Keith Raniere et al,*
       Criminal Docket No. 18-204 (NGG) (EDNY)

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
            Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

By Certified Mail/Return Receipt Requested

Allison Mack
c/o William McGovern, Esq.
Kobre & Kim LLP
800 Third Avenue, Floor 6
New York, New York 10022

### NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:     *United States v. Keith Raniere et al,*
        Criminal Docket No. 18-204 (NGG) (EDNY)

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

By Certified Mail/Return Receipt Requested

Lauren Salzman
c/o Hector Diaz, Esq.
Quarles & Brady, LLP
2 North Central Avenue
Phoenix, Arizona 85004

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:    *United States v. Keith Raniere et al,*
       Criminal Docket No. 18-204 (NGG) (EDNY)

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure: Preliminary Orders of Forfeiture
Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO                                     *271 Cadman Plaza East*
F. #2017R01840                          *Brooklyn, New York 11201*


July 22, 2019


<u>By Certified Mail/Return Receipt Requested</u>

Clare Bronfman
c/o Kathleen Cassidy, Esq.
Hafetz & Necheles LLP
10 E 40th St, 48th Floor
New York, New York 10016

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:    *United States v. Keith Raniere et al,*
         <u>Criminal Docket No. 18-204 (NGG) (EDNY)</u>

To Whom It May Concern:

      You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

      The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
            Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

By Certified Mail/Return Receipt Requested

Keith Raniere
c/o Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017

Keith Raniere - 57005-177
MDC Brooklyn
METROPOLITAN DETENTION CENTER
P.O. Box 329002
Brooklyn, New York 11232

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:     *United States v. Keith Raniere et al,*
        Criminal Docket No. 18-204 (NGG) (EDNY)

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the

property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought.  A copy of the ancillary petition should also be served upon:

>Assistant U.S. Attorney Karin Orenstein
>United States Attorney's Office
>Eastern District of New York
>271-A Cadman Plaza East
>Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

By Certified Mail/Return Receipt Requested

Keith Raniere
c/o Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017

Keith Raniere - 57005-177
MDC Brooklyn
METROPOLITAN DETENTION CENTER
P.O. Box 329002
Brooklyn, New York 11232

**NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS**

Re:     *United States v. Keith Raniere et al,*
        Criminal Docket No. 18-204 (NGG) (EDNY)

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the

property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought.  A copy of the ancillary petition should also be served upon:

> Assistant U.S. Attorney Karin Orenstein
> United States Attorney's Office
> Eastern District of New York
> 271-A Cadman Plaza East
> Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

> Very truly yours,
>
> RICHARD P. DONOGHUE
> United States Attorney
>
> By: _____
> Karin Orenstein
> Assistant U.S. Attorney
> (718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO                                          *271 Cadman Plaza East*
F. #2017R01840                               *Brooklyn, New York 11201*


July 22, 2019


By Certified Mail/Return Receipt Requested

Sara Bronfman
c/o Lester E. Lipschutz, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:    *United States v. Keith Raniere et al,*
         <u>Criminal Docket No. 18-204 (NGG) (EDNY)</u>

To Whom It May Concern:

        You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States.  The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest.  By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties.  Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

        The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n).  If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned.  The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought.  A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

   If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

       Very truly yours,

       RICHARD P. DONOGHUE
       United States Attorney

   By:           
       Karin Orenstein
       Assistant U.S. Attorney
       (718) 254-6188

Enclosure: Preliminary Orders of Forfeiture
     Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

<u>By Certified Mail/Return Receipt Requested</u>

Fifth Third Mortgage Company
5001 Kingsley Drive
MD: 1MOCBQ
Cincinnati, Ohio 45227

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:    *United States v. Keith Raniere et al,*
       <u>Criminal Docket No. 18-204 (NGG) (EDNY)</u>

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

    If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
               Amended Preliminary Orders of Forfeiture



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KKO
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 13, 2019

<u>By Certified Mail/Return Receipt Requested</u>

NXIVM
c/o Michael Sullivan, Esq.
Ashcroft Law Firm
200 State Street, 7th Floor
Boston, Massachusetts 02109

## NOTICE OF FORFEITURE TO POTENTIAL THIRD PARTY CLAIMANTS

Re:  *United States v. Keith Raniere et al,*
     <u>Criminal Docket No. 18-204 (NGG) (EDNY)</u>

To Whom It May Concern:

You may have a legal interest in one or more assets which the United States District Court for the Eastern District of New York has ordered to be forfeited to the United States. The enclosed Preliminary Orders of Forfeiture and Amended Preliminary Orders of Forfeiture (the "Preliminary Orders") more specifically describe the property subject to forfeiture (the "Subject Properties") and the procedure for filing a claim to property in which you may have a legal, right, title or interest. By your receipt of this letter, you are given actual notice of the forfeiture of the Subject Properties. Neither the defendants, nor their agents, are entitled to file a claim to any of the Subject Properties identified in their respective Preliminary Orders.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). If you intend to file a claim, you must do so within thirty (30) days of your receipt of this letter. Any ancillary petition must be filed under the above case name and number in the United States District Court for the Eastern District of New York, Clerk of Court, 225 Cadman Plaza East, Brooklyn, New York 11201, with copies to the undersigned. The ancillary petition must be signed by the petitioner under penalty of perjury and shall assert: (1) the identity of the property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional fact or documents supporting the petitioner's claim and the relief sought. A copy of the ancillary petition should also be served upon:

Assistant U.S. Attorney Karin Orenstein
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

If you have any questions regarding the above matter or need additional assistance please feel free to contact the undersigned.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:     _____

Karin Orenstein
Assistant U.S. Attorney
(718) 254-6188

Enclosure:  Preliminary Orders of Forfeiture
            Amended Preliminary Orders of Forfeiture

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathy Russell
c/o Justine Harris, Esq.
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

9590 9402 3406 7227 8038 02

2. Article Number (Transfer from service label)
7003 0500 0002 4773 5339

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
7-30-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauren Salzman
c/o Hector Diaz, Esq.
Quarles & Brady, LLP
2 North Central Avenue
Phoenix, Arizona 85004

9590 9402 5067 9092 8288 73

2. Article Number (Transfer from service label)
7003 0500 0002 4773 5360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mali Evans ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Mali Evans

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allison Mack
c/o William McGovern, Esq.
Kobre & Kim LLP
800 Third Avenue, Floor 6
New York, New York 10022

9590 9402 5067 9092 8285 21

2. Article Number (Transfer from service label)
7003 0500 0002 4773 5353

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature
☐ Certified Mail
☐ Certified Mail
☐ Collect on
☐ Collect on Delivery
☐ Insured Mail
☐ Insured Mail (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053

**Tracking Number:** 70030500000247735353

Your item was delivered to the front desk, reception area, or mail room at 3:48 pm on July 29, 2019 in NEW YORK, NY 10022.

**Status**

**Delivered**

July 29, 2019 at 3:48 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10022

**Get Updates**

Delivered

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clare Bronfman
c/o Kathleen Cassidy, Esq.
Hafetz & Necheles LLP
10 E 40th St, 48th Floor
New York, New York 10016

9590 9402 5067 9092 8280 57

2. Article Number (Transfer from service label)

7003 0500 0002 4773 5414

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service T
☐ Adult Signa
☐ Adult Signa
☐ Certified M
☐ Certified M
☐ Collect on
☐ Collect on
☐ Insured Ma
☐ Insured Ma
(over $500)

**Tracking Number:** 70030500000247735414

Your item was delivered to the front desk, reception area, or mail room at 12:51 pm on July 25, 2019 in NEW YORK, NY 10016.

**Status**

**Delivered**

July 25, 2019 at 12:51 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10016

**Get Updates**

Delivered

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Raniere
c/o Marc Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017

9590 9402 5067 9092 9636 11

2. Article Number (Transfer from service label)

7003 0500 0002 4773 5421

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Sabrina Hamilton    7/25/19

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Raniere - 57005-177
MDC Brooklyn
METROPOLITAN DETENTION CENTER
P.O. Box 329002
Brooklyn, New York 11232

9590 9402 5067 9092 9636 28

2. Article Number (Transfer from service label)

7003 0500 0002 4773 5438

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sara Bronfman
c/o Lester E. Lipschutz, Esq.
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103

9590 9402 5067 9092 8280 88

2. Article Number *(Transfer from service label)*

7003 0500 0002 4773 8888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fifth Third Mortgage Company
5001 Kingsley Drive,
MD: 1MOCBQ
Cincinnati, Ohio 45227

9590 9402 5067 9092 8280 64

2. Article Number *(Transfer from service label)*

7003 0500 0002 4773 5445

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NXIVM
c/o Michael Sullivan, Esq.
Ashcroft Law Firm
200 State Street, 7th Floor
Boston, Massachusetts 02109

9590 9402 5067 9092 9693 16

2. Article Number *(Transfer from service label)*

7003 0500 0002 4773 5476

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
8/16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt