**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

    -against-

KEITH RANIERE, also known as "Vanguard,"
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN and
NANCY SALZMAN, also known as "Prefect,"

    Defendants.

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Cr. No. <u>18-204 (NGG)</u>

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York for an Order allowing the admission of movant, a member of the Firm of KW Law, LLP, 6122 N. 7th St., Suite D, Phoenix, Arizona 85014, and a member in good standing of the Bar of the State of Arizona, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Lauren Salzman. There are no pending disciplinary proceedings against me in any State or Federal court.

DATED: December 14, 2020

Respectfully submitted,

_____
Andrea S. Tazioli
KW Law, LLP
6122 N. 7th St., Suite D
Phoenix, Arizona 85014
andrea@kwlaw.co
602.609.7367

4817-1961-0834, v. 1

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon all counsel of record in this matter.

*Andrea S. Tazioli*
*KW Law, LLP*