UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

KEITH RANIERE, also known as "The Vanguard,"
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN and
NANCY SALZMAN, also known as "Prefect,"

    Defendants.

AFFIDAVIT OF ANDREA S. TAZIOLI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Docket No: 18-204 (NGG)

STATE OF ARIZONA    )
                            ) ss.
County of Maricopa   )

ANDREA S. TAZIOLI, being duly sworn, hereby deposes and says as follows:

1. I am an attorney (Partner) with the law firm of KW Law, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Arizona.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant Lauren Salzman.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: December 11, 2020

Respectfully submitted,

*[signature]*
Andrea S. Tazioli
KW Law, LLP
6122 N. 7th St., Suite D
Phoenix, Arizona 85014
andrea@kwlaw.co
602.609.7367

This Affidavit, dated December 11, 2020, consisting of two (2) pages, including any attachments, was acknowledged before me this 11 day of December, 2020, by Andrea S. Tazioli. Additional signers of this document are: None.

*[signature]*
Notary Public

Tim Rose
Notary Public
Maricopa County, Arizona
My Comm. Expires 05-09-2021

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ANDREA SUZANNE TAZIOLI** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 19, 2008 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this November 2020.

Michelle R. Martinez
Disciplinary Clerk

