# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18 cr. 204 (NGG) |
| Keith Raniere, et. al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lauren Salzman

Date: 01/12/2021

*Attorney's signature*

Andrea S. Tazioli (#026621)
*Printed name and bar number*

KW Law, LLP
6122 N. 7th Street, Suite D
Phoenix, AZ 85014

*Address*

andrea@kwlaw.co
*E-mail address*

(602) 609-7367
*Telephone number*

(602) 663-9367
*FAX number*