

1701 Pennsylvania Avenue, NW
Suite 700
Washington, District of Columbia  20006-5805
202.372.9600
Fax 202.372.9599
www.quarles.com

Attorneys at Law in
Chicago
Indianapolis
Madison
Milwaukee
Naples
Phoenix
Scottsdale
Tampa
Tucson
Washington, D.C.

Writer's Direct Dial: 202.780.2638
E-Mail: luke.cass@quarles.com

April 8, 2021

**VIA ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re**: *United States of America v. Lauren Salzman,* **18 Cr. 204 (NGG)**

Dear Judge Garaufis:

  I am currently counsel of record for defendant Lauren Salzman. Effective April 9, 2021, I will no longer be employed at Quarles & Brady, LLP. Pursuant to Local Civ. Rule 1.4, I am respectfully requesting leave of this Court to withdraw as counsel of record for Lauren Salzman in this matter. My firm has communicated with Lauren Salzman, and she consents to my withdrawal as counsel of record in this matter.

  Ms. Salzman will continue to be represented by Hector J. Diaz with the law firm of Quarles & Brady, LLP, and by Andrea Tazioli with the law firm of KW Law. As such, my withdrawal as counsel will not adversely impact the representation of Ms. Salzman.

  In accordance with Local Civ. Rule 1.4, this letter requesting leave of this Court to withdraw as counsel of record for Lauren Salzman in this matter will be served upon Ms. Salzman and all parties in this matter.

           Respectfully Submitted,

           */s/ Luke Cass*

           Luke V. Cass