# EXHIBIT 1

Exhibit 1

filed under seal

# EXHIBIT 2

Dear Judge Garaufis,

I would like to start by saying I am so deeply sorry for my actions and how I have affected so many people. I do not have enough tears for how deeply sad, ashamed and regretful I feel about my time with Keith Raniere and my participation in his wrongful initiatives. I realize I can't even begin to imagine the pain, feelings of betrayal, feelings of violation and lasting emotional trauma that the victims have experienced. The pain is palpable.

Please know, that throughout the course of my time in NXIVM, my love for the people in my life was always real and true. I genuinely did want to help others, and I believed that was what I was doing. I never imagined my good intentions could have been so corrupted or that I would end up in this situation.

I would like to share some things to help explain how I came to be here. My intent is not to explain away my conduct. I realize the gravity of my actions and how I came to stand in your courtroom. I stand by my guilty plea and my testimony at trial. My intent is to apologize, take responsibility for my participation, and maybe help others experience some peace of mind, if not resolution from this horrific situation.

I met Keith Raniere ("Keith") through my mother in the winter of 1997. I was 21 years old, not yet out of college. Looking back, I was a naïve person, sheltered, and financially and emotionally dependent on my family. ████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████ I came home many weekends from college to be with her.

Within a few short months, Keith was able to hook my mom into romantic, emotional and career commitments that he held over her head for the next 20 years. Although, at the time, she seemed more positive in general, and she attributed this to Keith, it was strange, even then, to watch her lose herself so quickly in someone else's world. Where before she enjoyed reading books, attending workshops, spending time with friends, going to concerts, watching movies, cooking, suddenly, all her free time was spent with Keith. Keith and his devotees had replaced all of the other friends in her life. My mom started to believe she could help people on a much larger scale than she had ever imagined, but only through her work with Keith. He was offering her "an opportunity of a lifetime."

They started their partnership company, Executive Success Programs (ESP), later known as NXIVM, in the summer of 1998. I was graduating from college and feeling completely unprepared to enter the workforce. I had never held a long-term job. I had never been financially independent of my family. So, when my mother offered me a job and told me if I took 6 months of ESP classes, she would support me, I felt so relieved that I still had a family to rely upon. This sense of family soon included Keith.

Initially, I took ESP classes twice a week. My mom would stand in front of the room and share the history of her successful therapeutic career, noting how she gave it all up to work with Keith because he was that amazing. We were told that he had a 240 IQ and was this expert in ethics and an incredible humanitarian. It seemed like he saved her life. So, it was not long before I embraced the idea that Keith was amazing and could also serve as a mentor to me.

In the beginning, their classes and the concepts made sense to me. Keith quickly promoted me to a Coach position and within a short time, I was teaching the classes myself. I believed I was helping people achieve their goals and I felt really good about it. Within the first year, ESP grew from a local goal-setting program to an international human potential sensation. I went from an entry-level position in the company to a high-level executive in about 24 months. I was 23 years old, and I really thought I was helping change the world.

At this point, it is noteworthy to mention that I eventually learned, almost immediately upon starting a business with her, Keith discarded my mother as a romantic partner, but not before gaining her vow that if she left their business partnership, she would never work in their field again. Discarded by Keith, my mother had a brief relationship with another man. However, Keith and his inner circle, berated her about this. I was witness when Keith's inner circle said she had an "Ethical Breach" against Keith, and she had to fix her conduct. Some of those people were incredibly mean to her over many years because of this. Although I did not know the specifics of the situation until many years later, right from the beginning, it was clear to me that having any "Ethical Breach" with Keith would create an untenable and shunning situation.

Although my mom was installed as the figurehead of Keith's centers, Keith made sure she always felt that she was failing in her leadership role. He spoke openly about her so called "failures" to people within his circle and instructed those people to consistently follow-up with her to ensure she wasn't forgetting these failures and was prioritizing fixing them. Later, he gave her more responsibilities but removed ever-increasing degrees of access and authority. My mom was not alone. Keith did this to anyone with whom he was displeased. In fact, he created a "cancel culture" where members of his inner circle policed each other, as well as the community, in an effort to stay in his good graces and earn back favor lost through some perceived failure. We also came to see our policing as actually helping each other avoid potential failures and not fall out of favor with Keith. It was viewed as helping each other learn to uphold "ethics" and resolve "breaches" to our ethics. I now realize that this was nothing more than Keith's efforts to manipulate and control others through his own actions and those of the inner circle.

Early on in his leadership position, Keith started "educating" that humans struggle with various "issues" that thwart us in actualizing our full potential: we are run by fear, we blame, our dependencies on one another are self-limiting, and a running list

of additional things that he compiled over time. He started pointing out "relationship issues" and mused about a concept called "relationship certification." The idea was that people should go through a process of education on how to be in healthy adult relationships, and likely shouldn't be in any romantic relationships until they have completed such an education. It became really taboo in the early days of ESP to date anyone or to be in any romantic relationships.

Within the first year of ESP, I dated a few people and was hazed mercilessly by Keith and his devotees. I was not "relationship certified." So, never having had a long-term romantic relationship, I stopped dating all together. I didn't date anyone for almost 2 years for fear of ridicule. In retrospect, it's not surprising that I was open to having a relationship with Keith when he approached me in my third year in the organization. Also, not surprising, a relationship with Keith was the only relationship anyone was permitted to have.  Since it was Keith, it must be "progressive for growth" and no one criticized me. I believed I was making good choices. He told me I was his wife now.

Within the first 6 months of my relationship with Keith, I knew this was not what I wanted.  However, as I previously witnessed with my mother, I didn't know how to leave without having an ethical breach with Keith, who was the head of our business and entire community.  I also did not want to disappoint my mother and cause any potential harm to her business endeavors with a person whom at this time she revered.  Keith promised that if I were to prioritize him, my personal growth, and our community, I might qualify to "earn" things I wanted for myself.  Early on, I expressed to him that I wanted children, and he agreed that we would have children together someday. Conversely, he also threatened me: if I questioned him or interfered at all with his initiatives he would walk away and never speak to me again.  This subtle abuse and manipulation by Keith started early and continued throughout my time in NXIVM and DOS.

I can now see Keith's pattern of starting relationships with vulnerable women, and, by positioning himself as an authority, disguising the relationships as a type of "mentorship" intended to foster "growth." Over time, I have witnessed him gain control in countless others' lives and exploit them for his own ends. And, as a result of our own deficiencies, we became willing, albeit sometimes in the beginning unaware, coconspirators. Unfortunately, it took me too long to see his conduct for what it truly was.

As my time within NXIVM progressed, I focused mostly on my work and on building my career. I traveled a lot. I didn't see Keith that often. I was lonely, but I was told that I could transcend that to become self-reliant if I worked hard enough. If I had any reaction to anything concerning Keith, him not seeing me, him having sexual relationships with others including my friends, him reneging on his commitments to me, him promoting people without merit, anything resembling a failure on his part, a devotee would show up at my house to point out how badly *I* was behaving.  I was told that I had issues – any emotional reaction was deemed an issue – and that was

the reason Keith couldn't be around me. I was affecting his health by putting undue burden on him. I was a bad example, not how a leader should behave. If I wanted to continue to hold any leadership positions in his organizations, I needed to get in line.

I believed my work in ESP/NXIVM was good. I loved the curriculum and the idea that I was helping others. I can see how I imbued Keith with the tenants of the "humanitarian" model he had purported to live by. I projected that he was wise, noble, principled, and that his only goal was to help humanity become better. I was told, and also came to believe, that any doubt I had in my mind concerning Keith was due to my own shortcomings. I also imposed this perception on others. I allowed Keith to exploit my good intentions and use me as a tool for his own ends. I was a good tool because I wanted so desperately to prove I was a good person and, at the time, I believed my worth was only measured when Keith acknowledged it because he was the Gold Standard in our community and in my life.

I was so very wrong.

Sadly, it took me two decades and also two indictments to be able to see Keith Raniere for who he truly is, and understand the totality of what I participated in. I don't know how to communicate to you what happened inside me when I realized I had made such a big mistake. My whole world collapsed.

From January 2017 until my decision to plead guilty in March of 2019, I was confronted with many facts about Keith and his conduct, ultimately all our conduct, especially concerning DOS, but other things as well. Initially, I was still viewing the allegation under the NXIVM/DOS filters.  I was not able to piece everything together until later in the criminal case, when I read the government's Enterprise Letter and the whole picture was laid out for me. My delay in understanding was due in large part to the time it took to review and process the actual evidence that substantiated my concerns and the fact that Keith did a lot to keep this information from everyone. I would be remiss though, if I didn't also acknowledge my extreme cognitive dissonance concerning Keith. I could not come to grips with what it would actually mean that I traded almost everything I valued in my life to support someone that lives in such stark contrast to what is actually good and right in the world.

In the months following my arrest in July 2018, I sat alone in my house reviewing the discovery materials for my case. In reading the hundreds of letters ██████ wrote to Keith and the thousands of communications between Keith and ██████ I soon started to dramatically shift my perspective on everything.  It was like seeing one of those magic eye hidden pictures.  It's hard to see at first, but once you finally see it, it's so obvious and you can never not see it again.  Except in this case, seeing it meant seeing the things in my life that I am the saddest about and most ashamed of. The manipulation and years of abuse that I participated in and was complicit in became very clear.

This almost destroyed me, but also, it gave me a clear path and a direction. It is the main reason I pled guilty and testified in this case.

I see my errors in clear focus, so many… but I couldn't for so long. It terrifies me now to think would what have happened if it were to have continued and how many more victims would have been affected.

I'm not sure if I'll ever truly understand the totality of what occurred. What we all did to ourselves and to each other. I'm not sure if I can ever really understand the impact of my failures and misperceptions or how much I hurt people. It's really hard to come to grips with the fact that I believed so much in the goodness of what I was doing, and I really cared about everyone. I really love everyone I hurt. And I have to live with this horrible truth every single day.

I think about ███████ especially. I think back to what she was like when I first met her. She was so smart and so enthusiastic about learning. She was so hopeful for the future, and she had her whole life ahead of her. I have spent endless hours revisiting memories, replaying conversations in my mind, reviewing facts in an effort to understand how Keith systematically permeated her family and irreparably fragmented it at the very core. I think back to ███████ confinement and the trauma I participated in. I am terribly sorry for what I did and will regret my actions against ███████ for the rest of my life.

I think of my friends who I enrolled in DOS. The friendships we shared and the trust they placed in me. The lies and misrepresentations I made believing I was upholding principles. The constant stress I put them under and the fear I instilled believing I was helping them become stronger. The permanent scars on their bodies, a constant reminder of pain and trauma that I inflicted upon them, and my ultimate betrayal of their trust. I am both saddened and sickened by what I did to the people I love.

I wish I could go back. I wish I could take my participation back. I wish I had been stronger and seen things sooner.

I have heard that people believe I accepted a cooperation agreement to lessen my sentence, but that's not the truth. I knew before I sat down for my initial proffer interview with the government that I had no guarantees with respect to the outcome of my situation. I went into my proffer with no knowledge of whether I would be offered a cooperation agreement or not, and I was fully prepared to go to jail for my conduct. In the end, in choosing to cooperate, I was mentally prepared to accept any consequences so long as I had the opportunity to tell the truth about our conduct. That's how I could live with myself, by telling the truth about what happened and trying to help resolve the case. I still believe with all my heart that I made the right decision.

I am still trying to fix what I feel has been broken within me through my relationship with Keith and others within his circle, and through my own actions and conduct.

He groomed us and taught us to hurt ourselves and each other under the guise that we were doing some good in the world.  It took time to start see my way outside that web, and it's been incredibly difficult at times to untangle everything.

It has been the hardest to make sense of and understand my actions and conduct within DOS. I had come to normalize tremendously self-destructive practices and an abusive social culture believing it was principled and character building. So, when I enforced this on others, it came from a very convoluted perception of the world, yet I felt completely congruent in my belief I was helping them.

I look back in horror at how I could have believed such things were acceptable, much less progressive, but I couldn't see some of these things until even after Keith's trial when I began counseling and actively working to push beyond the incredibly fortified indoctrination I had endured the last 20 years of my life.

What is clear to me is the person I want to be, and although misguided, who I have always tried to be, a good person who seeks to better themselves and contribute in a positive way to the wellbeing of others. I hope others can see how sorry I am and how all the efforts I have made since my guilty plea have been in the interest of healing and trying to do good in the world.

I have spent my time in home detention in deep contemplation and self-reflection. ███ ████████████████████████████████████████ I have sought to educate myself to work in the field of animal care with a specialized focus in treating skin and coat disorders. This has been both therapeutic for me and helped add quality to the lives of others. I have sought out classes with experts in the field of animal behavior and welfare and worked for very little or even no income at times to increase my skill sets. I have found trusted mentors with established records in this area of expertise and have taken on difficult cases working with dogs suffering from alopecia, bacterial and fungal infections and congenital skin disorders. I have built consistent and positive relationships with those around me and have started my own business to better serve my community in this area.

Although much of my family has been facing major health issues, we have been working to rebuild our relationships and support each other during this time. My parents and grandparents have helped me emotionally and financially over the past few years. With their support, I have grown my business to service 30 of my own animal clients and am on track to become more self-sufficient in the next 12 months. I am, for the first time in my adult life, completely separate from Keith and NXIVM, and I have taken the reigns in my life back to form a career, separate from my mother.

For two decades, I allowed Keith to govern almost every area of my life. This stunted my ability to think for myself, to be my own person and to ever view myself as independent of Keith or NXIVM. I looked to Keith for guidance, I overrode my own value system and went against my better judgment believing I couldn't trust my

decision-making ability. I now see that Keith not only took advantage of this blind trust, but he required it, which is something much more calculated and sinister. This was a toxic relationship, and I am confident that had I had a sense of self, I would have removed myself from the horrible acts that led to my Indictment.

I know that I am not the first or the last person to be vulnerable to manipulation. However, I hope my situation can serve as a cautionary tale to others, and that I can stand as an example through my guilty plea and my testimony to individuals who may find themselves in a similar situation. I hope I can also demonstrate that people can change. Through acceptance of responsibility and commitment to righting our wrongs, every day, we can change our lives, grow beyond our toxic dependencies, and break the cycles of abuse we have perpetuated. I hope to be able to use my experiences to help raise awareness and bring about positive change for those who struggle with this.

At 45 years old, I am finally in a stable and consistently positive and progressive situation. I feel proud of my choices and relieved to finally have a life that is my own, an experience I have never had prior to now. I feel grateful to the Court for the opportunity to spend my home confinement in this way. It has forever changed me, and most days, it is what keeps me from spiraling.

I have struggled with nightmares to the effect of Keith starting DOS up again, and I don't know how I got back into that situation or how I'm going to get out. In my dreams, I have conversations with my mom about deciding to resign from my position in NXIVM and I fight with my old friends trying to show them that there's something bad going on and no one will listen to me. I wake up yelling or shaking. During the day, I have panic attacks. I have trouble being in public. I have difficulty going places alone.

My desire is to live a quiet, private life where I can focus on my work, continue to support my family through their health challenges, and most importantly be an advocate for others that are in similar situations so that all of this will not have happened in vein.

As you consider the appropriate sentence for me, I want you to know that I will not be a detriment to others. I will not reoffend. I am deeply sorry and regretful for how I have adversely impacted the lives of others, and I intend to make up for what I have done. I am healing in a balanced, responsible, and productive manner, and I embrace a life goal to help others who have suffered a similar fate do the same.


Respectfully,
Lauren Salzman

7

# EXHIBIT 3

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: The sentencing of Ms. Lauren Salzman

To the Honorable Judge Garaufis,

My name is Nancy Salzman. I am Lauren Salzman's mother. I came to know Keith Raniere in November of 1997 when my ex-husband's wife introduced me to him. At that point in my life, I was alone having separated from my husband of five years, and both of my children having left home for college. Keith, who I now see had great talent for taking advantage of people's weaknesses, met me and seduced me both intellectually and physically. I introduced Lauren to him when she was a senior in college, only months after I had met Keith, and for Lauren and me, it was the beginning of a long and painful journey.

As Keith and I began working together, I was so impressed by him that I suggested that Lauren move back home after college and take the courses I was developing with Keith. She seemed lost at the time, and I thought that working with Keith and I might help her set goals for her life. Of all the regrettable things I have done with Keith and Nxivm, this by far is the one which gives me the greatest personal sadness. I am responsible for Lauren being before you, having endured arrest, prosecution, and successful cooperation, and now facing her own judgment.

As time passed in her young life, Lauren became increasingly involved with Nxivm. She began an intimate relationship with Keith which she kept secret from me for nearly five years at his command. When finally she told me about it, I felt ashamed that I too had been intimate with him, but I never spoke of it to anyone, and hoped she would never find out. It was part of Keith's evil genius to figure out how to play one person off against another so that everyone would remain weak and insecure. I saw how committed to the relationship Lauren was and did not want to interfere with her choices, especially given my own feeling of shame and confusion over what he had done. I didn't realize how he began to work his twisted magic on Lauren shortly after her return from college. She was young and insecure. He used those characteristics to take advantage of her. At the time, I still saw Keith as eccentric but essentially well-intentioned, and I did not yet understand the depth of his derangement, and that he was damaging my daughter.

Keith's behavior ultimately was cruel and domineering and I (very belatedly) lost belief in his good faith I had harbored so long. When the Nxivm world was unraveling, it was easier for me than it was for Lauren to understand and internalize that Keith had lied and withheld information from people, including us, for his own demonic purposes. When we all began to read the discovery, I was able to fully realize, in ways I had not previously, that Keith was not

the understated, laid-back genius he pretended to be, but was instead a sex-crazed power-hungry man taking advantage of damaged people to achieve his sick goals.

Lauren had far more difficulty than me accepting who Keith really was and all he had done. However, over time, at my urging, and with the aid of her attorneys she came to see that Keith was a sexual predator, a narcissist, and likely a psychopath. When I made the decision to plead guilty and seek to cooperate, I suggested that Lauren do the same. It was very difficult for Lauren because she had to come to terms with the fact that she had been manipulated and lied to for years. It seemed like it was pulling apart the foundation of her reality. Most of her adult life had been wrapped up in her relationship with Keith, and she was powerfully loyal to him. The evidence she read challenged her whole belief system. She was shattered because so much of who she believed she was had been wrapped up in her devotion to Keith.

The idea of cooperating and testifying against Keith was difficult for Lauren to come to grips with at first. Ultimately, she fully realized it was the right thing to do, even if it meant she would be required to face the terror of opposing his will and interests in court by revealing the truth. I knew it was difficult for her, but we both agreed that she had the information needed to help the prosecutors establish what had happened, and that to assist them was the right thing to do. I greatly admire my daughter for pushing herself to do something that was so frightening for her, but that she knew was right. She is committed to being the best person she can be, which Keith was able to use and abuse in his relationship with her again and again. Lauren showed up as a cooperator able to work with the government, and she pushed through many fears. In the end, she did her best in her pursuit of the truth.

After trial, Lauren has re-trained herself in a new career, which has not been easy. She had to begin again in her 40's making minimum wage. She did this happily, relieved to be out from under Keith's thumb and ready to begin anew. She sold her home and changed her life. I couldn't be prouder of her for facing Keith in court. Now she is working to find her way again. It has not been easy, but she has faced every challenge with courage even though she hasn't felt strong.

She showed up happily and did what she could.

She is a compassionate and caring daughter and granddaughter. Pain and sadness has strengthened the family relationships we have. I don't think I could have gotten through my own situation without Lauren's love and support.

In concluding, while I could go on far more, I ask you to please consider how young Lauren was when she met Keith and my personal failure as a mother to protect and guide her. While we all have agency and are responsible, I know Lauren has been victimized like virtually everyone targeted by Keith's awful manipulations. He took advantage of her desire to be a good person

and to do good works in her life, and she fell under his abusive authority and caused damage. She must live with that as must we all who acted similarly. That part of her life is past. With mercy from you and continued guidance from her friends and family, I hope and believe that Lauren will grow to fulfill the full promise of her life. Thank you very much for your consideration of my thoughts.

Sincerely Yours,

Nancy Salzman

# EXHIBIT 4



July 19, 2021

Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201


Honorable Judge Garaufis,

I offer my thoughts regarding my first-born daughter who now spends part of her Sundays with me in Clifton Park, New York. We spend a few hours reacquainting ourselves and unburdening our hearts and minds. During the week we regularly text each other and she fills me in with some of what is going on in her life.

I love and support Lauren completely and I offer empathetic comfort for someone who is hurting emotionally. Lauren has an intellect superior in many ways. I am ever more impressed by her ability to see the scope of the last 20 years of her life. ███████████ ███████████████████████████████████████████████████████████████████████ ████████████████████████ At Raniere's instruction she was told to sever her relationship with me. He promoted himself as ethical and brilliant and was successful at manipulating and controlling Lauren and many members of NXIVM to his many demands.

Her time in NXIVM is the only life she has known as she started young, right out of college. In discussions surrounding her totally immersive experiences in NXIVM, she is able to recall with startling clarity the many incidents and conversations with Raniere, corporate executives, board members and the community. Through the legal actions against Raniere, Lauren learned of bizarre activities he was engaged in that she was not privy to. Raniere persuaded Lauren she was doing good in the world and often kept her and other members in classes and events that lasted days and long hours into the early hours of the morning

Lauren was raised in a household of healthcare professionals. Ethics and intellectual pursuits were emphasized. The concept of service to others was a high value, as was honesty, personal effort and learning. Through her own initiative she excelled academically. From an early age, and well into high school she was dedicated to the sport and discipline of gymnastics.

In seeking of new information and doing good in the world she has found a new outlet in the pet and animal healthcare industry. Lauren has taken the initiative and completed courses in the field of animal care and handling. She completed animal grooming classes and impressed her instructors and co-students sufficiently to be quickly hired as a groomer for domestic pets. She travelled 90 minutes each way to a facility where she worked long hours to hone her skills while simultaneously studying the next pet health care specialty. She quickly become the go-to person at work for treatable skin disorders. I realized that her success deserved recognition and some reward, and I enthusiastically gifted her the same microscope that I have had since medical school.

Lauren is a gentle and loving person. She is eloquent and sincere. She is able to overcome her fear of the untried and unknown. She continues to amaze me with her excitement of new discoveries. We have reacquainting ourselves in our shared lives' journey.

The NIXVM corporate life required her to travel and grow up in the organization begun long ago by Raniere. She, and others, worked hard to please Raniere, following his rules, while he created situations to please himself and kept his desires and actions secret from Lauren and many around him.

At present, Lauren has more balance in her personal and professional life. She has moved to a new residence near to me. She is finally free from her NXIVM experiences, emotional and psychological manipulation and cruelty now reverberating through the local media and national media. All of this has taken its toll on us and on Lauren's health. We are hopeful that this trying ordeal will soon end.

I look forward to Lauren's sentencing as an opportunity to put all this behind us.  My wife, Sandy, and I will be at the courthouse to support her. We pray that this will have a positive outcome for Lauren.


Sincerely,

# EXHIBIT 5



November 30, 2020


Re: The Sentencing of Lauren R Salzman



Dear Judge Garaufis,


I, ███████████ am writing this letter to you to provide a character reference for Ms. Lauren Salzman who I have known for well over 30 years. I am currently a Senior Account Executive in Lexington KY and previously served as a Police Officer for 13 years. I am familiar with the pending charges against Lauren and would like to provide a personal interpretation on Lauren and her character.

Lauren Salzman and I have been close friends since middle school. We were very close in high school and also attended the same college for a brief period prior to my relocation to South Carolina. I moved to South Carolina in 1995 where I attended college and eventually became a Police Officer. Lauren and I stayed in close contact during our college years as well as in the beginning stages of Lauren's career at NXVIM (which was known as Executive Success Programs).

Lauren was recruited by her mother (Nancy Salzman) to work for Executive Success Programs. Lauren was very eager to be working closely with and for her mother and set out in her career to help others. Helping others was Laurens passion, so naturally this was a very exciting start to her career. As time elapsed, Lauren and I lost touch on a consistent basis. When I would come back to NY to visit family, I would often reach out to her and we would meet briefly for coffee. This has been the extent of our relationship for many years. When I got married in 2016, Lauren attended my small wedding in NY, but could not commit her attendance until the day of the event. This background and trajectory of our relationship is important as it demonstrates the inability that Lauren had to maintain close relationships outside of NXVIM. Throughout the years, this inability to maintain external relationships did not impact our friendship severely. Based upon the physical distance that existed, it just seemed to be a normal progression. As things became public/in the media with NXVIM in 2017, I learned this was not the case.

In 2017, the media began to very aggressively cover NXVIM and Keith Raniere. As this unfolded, I reached out to Lauren and also visited with her on multiple occasions. As Lauren explained what was happening, I realized very quickly that Lauren was also a victim of Keith Raniere. Lauren explained that she felt trapped in NXVIM as she was prohibited from working in her field if she ever left. She also felt tied to the organization as, if she left she would potentially sever her relationship with her mother. Lauren explained that she had been prohibited from having any intimate relationships as it would be

considered a breach to Keith.  Lauren also stated that she was not allowed to establish or maintain any friendships outside of the organization.  As time went on, she explained that she was often "in the dark" about key issues within NXVIM.  Lauren and I became extremely close during these times as it was important for her to establish a support system outside of NXVIM.  Lauren was very remorseful about things within NXVIM and was adamant that she would testify and tell the story.  As an outsider (to NXVIM) this was the Lauren that I knew.  The girl/woman that wanted to do what is right.  I thought this to be admirable as I considered her a victim of Keith Raniere.  Although terrified, I watched as Lauren worked hard to do whatever she could to tell the story despite any personal impact it would have on her.  THIS is the person that Lauren Salzman is.  She has always done the right thing regardless of any personal consequence and I watched her do this once she was "out" of NXVIM.

Lauren and I have remained in close contact for the duration of the NXVIM case.  Beyond doing the "right" thing by testifying, I've watched Lauren work to cope with and move beyond the mental anguish that was a result of years of abuse by Keith Raniere.  Lauren set out on a mission to establish a new career as a dog groomer.  Lauren put her all into this new endeavor and has great plans for herself in this field moving forward.  She is passionate about this new career and has been taking classes to specialize in her field.  Lauren adopted a dog and takes him with her to work.  This new life is what Lauren wants.  Lauren is focused on living a simple life and moving on with her recovery from years of mental torment.

Lauren Salzman is a selfless human being that is progressing immensely.  As I watch her rebound, I am extremely proud and hope that this can soon be behind her.  Once this can be put in the "past," it will allow Lauren to further recover and thrive in her new, simple, happy life.  I believe physical incarceration would drastically set Lauren back in her endeavor to continue with her newly established life and ongoing healing.


Respectfully,

███████████

# EXHIBIT 6

November 25, 2020

Dear Honorable Judge Garaufis,

I am writing on behalf of ███████ Lauren in order to help speak to her character and to urge leniency in her sentencing.

I am well aware of the charges presented, though it is still rather difficult for me to wrap my mind around the entire case.

Growing up, I have always looked up to ████████, I would even say I put her on a pedestal. It is hard to summarize all of the beautiful aspects to ████████. I have always tried to emulate her care for people, her intelligence, and her absurd humor. I've always been so proud to be Lauren's █████ in school, amongst our friends, in ESP, and now. She has always been a well-respected teacher, and someone many have looked up to. I believe the way she was respected amongst so many and sought after for guidance speaks very highly of her as a person.

I believe she was very badly taken advantage of by a cruel man who wanted to control all aspects of her life. He formed a relationship with her straight after she graduated from college as a vulnerable, and highly impressionable young girl. Although I saw the pain she was in, I did not know what I was looking at and could not have fully understood everything until now. Because she was so wanting to do good in the world and for people, and with a mistaken sense of loyalty to someone who did not have her best interest in mind, she was led to make some mistakes. I think it is very clear in looking at her actions, she was trying to do good and be seen as a good person, and a good follower. Unfortunately, that vulnerability was used against her with ultimate cruelty.

Over the past year and a half, I have witnessed a complete transformation in Lauren. Not only has she deeply disavowed Mr. Raniere, she has dedicated her time to find a completely new career. She has used her time to educate herself, to find employment, and to study. She is using her love and care towards animals in the sweetest way. I believe she will make very good contributions towards the community of the animal world and her choice do so is truly kind and honorable.

In conclusion, I believe my █████ Lauren is on an exceedingly solid path towards a respectable, quiet life. Thank you for your time and consideration, I hope I have helped give you a clear view of the beautiful person my █████ is.

Sincerely,

███████████████

# EXHIBIT 7

Dear Judge Garaufis,

My name is ██████████████ and I am from Clifton Park, NY.  I am 44 years old and have worked for the past 20 years for NY State Central Register as a supervisor. Additionally, I am an author and mental health therapist. I have 30 years' experience working with at risk youth and families. I am writing on behalf of my friend, Lauren Salzman. She was a classmate of mine at Shenendehowa High School where we graduated together in 1994.  We reconnected in 2014 after our 20-year reunion. Since reconnecting, I was slowly made aware of her legal troubles and the path that her life had led her. We remained diligent in our friendship despite these difficult life events that she had been a part of. As her legal issues unfolded, I was made even more aware of what her role had been, what she had been exposed to and her own humiliating experiences. Befriending Lauren through this arduous period, was, I admit, difficult at times. Hearing what the media had to say and what rumors had surfaced about this "cult" was incomprehensible. When getting together with Lauren and spending time with her; it was evident that she was brought in as a naïve and vulnerable young adult with very little life experience. Straight out of high school, right into college where she graduated and began her career in NXIVM beside her mother and Keith.

I was admittedly concerned about her thoughts and feelings regarding her life's work and what it meant to her but with time and distance, she was able to start thinking on her own. She was no longer forced to consider the thoughts, feelings and beliefs that NXIVM had imparted. It was evident that this was the first time she was able to evaluate her actions independently without interruption or counsel. Lauren is one of the most genuine people I have had the pleasure of knowing. She is compassionate and altruistic at best. She can connect with people instantaneously and makes you feel like you have known her for a lifetime. More importantly, she is honest; not only with herself but with others. She is fearless in owning her imperfections and being accountable to them. Even through all of this, she continues to worry about my thoughts and feeling as opposed to putting her own burdens in the forefront. She continues to offer me support, advice or just a strong shoulder to lean on when I need a friend. She never asks me to disregard or avoid public opinion or media coverage on this trial. She allows people to be genuine, ask questions and express their thoughts. Even with ridicule, she understands and doesn't defend her actions or inactions. She continues to live her truth including the good, the bad and the ugly.

I have been a witness to Lauren's remarkable growth throughout this experience. I have watched her desensitize her association with an organization that once defined her and was the foundation to which her adulthood was built. An organization that coached her on how to establish relationships through practices based on extreme resocialization through intrusive methods and coercive persuasion.   Her whole life has changed before my eyes. She has started a new life for herself of which she is proud of. She continues to make great strides in creating healthy relationships built on trust genuineness and transparency.   The tremendous strength that Lauren has shown throughout this ordeal is nothing short of extraordinary. She went from being ripped of an identity to finding her true self. Lauren did not hide from the world; instead unearthed a new passion and aggressively pursued it; confirming that she has turned her back on her old life. She went from 20 years of not thinking on her own, having to account for every waking moment and being put through torturous conditioning techniques to ensure her devotion to relearning everything without the aid of indoctrination.

I am not deflating the gravity of the role Lauren played in the NXIVM organization. I recognize the amount of suffering those affected have experienced; lives that have been destroyed due to her actions.  With that, I recognize that Lauren was also a victim. A young adult who was released from the structure that college provided into the open arms of a trusted yet nefarious man who forever changed her life. Lauren will never be able to outrun the label of cult leader and the whispering that will always lurk in society when her name is mentioned. Lauren owns this and has shown her dedication to making it right. Lauren has openly testified to her role as well as divulging humiliating and shameful events that

she had experienced and made others experience. Lauren continues to walk through hell fire humble and transparent.

    I am writing to urge that you please consider how diligently Lauren has worked to change her life and make amends.  Her willingness to testify in open court to begin her reconciliation to the victims and profess her responsibility for the world to see. Your decision in this matter is one that I am sure you do not take lightly. I can't thank you enough for taking the time to consider my opinion and hope you allow this woman a second chance at a life- the life that was intended for her.


    Respectfully,

    ██████████

# EXHIBIT 8

November 29, 2020

Honorable Judge Nicholas G. Garaufis
United States District Judge of the Eastern District of New York
United States Courthouse
Room 1326 S
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Garaufis:

My name is ██████████. I'm currently the lead product manager and senior software engineer for a company focused on increasing equality and diversity in professional opportunities in music. I've known Lauren for over a decade now and I've been her ████████████ for three years. I'm very well-aware of her situation, as well as how she has handled what has happened over the past years.

As the legal events played out I saw Lauren crumble. At one time in her life she would have steadfastly supported Mr. Raniere, yet when she became aware of what Mr. Raniere was actually doing and what his intentions were, she went through a devastating recapitulation of the prior two decades of her life.

Through her reassessment of herself and her actions, I've seen her take a deep responsibility for the resulting pain that she's caused in others' lives. Through an incredibly painful journey, I've seen her come to understand the pain and destruction that her actions have caused people and that understanding weighs on her conscience every day.

Over the past year, she's begun to rebuild her life with deep humility and an intention to contribute positively to her community and her family.  At over 40, she has committed to learn a new profession and with her new trade, she is starting a business through which she will contribute in very positive ways to her community. ███████████████████████████████████████████████████████████████████████████████████ ████████

I've always found Lauren to be caring and well-intended and she has always acted with peoples' best interest at heart.  On a personal level, I honestly could not wish for a better, more caring ████████████. Since my wife and I have been married, I've always experienced her to be entirely supportive and she's always held our partnership in the highest regard.

What Mr. Raniere did to Lauren and others was an unconscionable betrayal of trust.  Through his deceit and dishonesty with Lauren when she was barely an adult, he took over two decades of the prime of her life away from her, and because Lauren has recognized the subsequent

effects she's had on others' lives and her own responsibility in that, she continues to experience that pain on her conscience every day.

As you consider Lauren's sentencing, it's my hope that you can consider how she has humbly taken responsibility for her actions, how she continues to feel the pain she's caused in others' lives, and how she is a humble, positive and valuable member of family and her community.

Sincerely,

████████████

# EXHIBIT 9



June 26th, 2021


Honorable Judge Garaufis:

It must go on the record that the most important thing in my life is my relationship with God. My faith in Him and His ability to allow me to see people for who they are is one of the most important gifts He has given to me. To know this is important, so you can better understand my relationship with Lauren Salzman.

Lauren and I became friends shortly after my wife had begun working at the same local pet store in Johnstown, New York in the Summer of 2020.  I stepped into the friendship knowing who she was, much like everyone else across the nation, but had the understanding that she, much like any child of God, was much more than what the news outlets reported her to be. In a short amount of time, I am whole-heartedly impressed with her commitment to becoming a better person--her own person, with her own passions, abilities, and desire to do good.

I can honestly say that I do not think Lauren has ever been given the choice to be her own person, truly. Unfortunately, she was a victim to a life that she could not escape until three years ago; straight out of college she was fed lies of what her life would look like if she just followed a life that Keith Raniere created for her. In the last three years she has been able to figure out who she is and what she wants. In this amount of time she has gone to school (and still desires to continue) and has established herself as a professional pet groomer (with a following). She is working on a beautiful life, with loving supportive people, and she just wants to right her wrongs and start the next chapter in her life.

It is clear that she has deep remorse about the past, something that haunts her and will haunt her for the rest of her life.  Coupled with that, I can see the emotional and physical toll this life has had on Lauren.  But I also see her hope and resilience.  I see her excitement about creating a life of her very own.  I see the hard work she has put into her career and relationships; these endeavors are all her *own*, no one else's--not Keith's, not her mother's, not NXVIM's.

As a woman of faith, I truly believe everyone is deserving of a second chance and believe that you and God will be just and merciful.

Thank you, Judge Garaufis, for taking the time to read my letter.

Respectfully,



# EXHIBIT 10



Honorable Judge Garaufis,

I am writing to you about Lauren Salzman, who is appearing before you in court regarding the NXVIM case. My name is ▇▇▇▇▇▇▇▇▇▇, and I am the owner of ▇▇▇▇▇▇▇ and Lauren Salzman's present employer. I also am a retired Investigator for Fulton County Sheriff's Office, where I was the investigator for both Children and Adult Sex Offenses. I was also a former Domestic Violence Advocate for Fulton and Montgomery Counties.

Lauren Salzman asked me to write a character reference letter, but the truth is I was already planning on writing one before the request. I feel strongly about Lauren Salzman, and her future. I am truly hoping to try and make you feel the same way.

I met Lauren Salzman in September of 2019 where we both attended Grooming School at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇. During the course Lauren was always on time and displayed such love, compassion, and devotion to both the animals that she worked on and the other students including myself. It was this love and kindness that led me to offering Lauren a position within my company.  At this time, I had no idea of Lauren's background with NXVIM or charges that she had pled guilty to. Before Lauren accepted the position with my company, she sat me down and advised me of her awaiting sentencing for her charges and her role in the case. Lauren was incredibly remorseful and took full responsibility for her actions. Lauren sobbed as she told me and stated she wanted me to know the entire truth before I hired her, and that she did not want to put myself or my company in any way of negative publicity. Lauren was worried about myself and my company and she was the one that was going through it all. After we spoke, I hired her with no hesitation.  Lauren has worked for me since then and I can honestly stand before you today and still say that it was one of the best decisions I made for my company.

I know that Lauren Salzman has committed a terrible crime and should have consequences for her actions. However, as a former Sex Offense Investigator and former Domestic Violence advocate, I can tell you that after all my conversations with Lauren Salzman that she is a true victim as well.  Lauren struggles daily with self-confidence and self-esteem due to the years of emotional abuse that she endured at the hands of Mr. Raniere.

Lauren Salzman has made mistakes, which she takes full responsibility for. Lauren is incredibly remorseful and is willing to do whatever it takes to make reparations, if possible. But for her to do this she needs you to give her an opportunity for a second chance. I understand that Lauren broke the law, and I do not believe that she should get off without punishment, however due to Ms. Salzman's abuser being the main driving factor of her criminal activity, the 20 years of being under his control, and the fact she is already punishing herself internally more than any prison sentence that could be given, I ask that you please show her leniency.

Lauren is one of the most amazing people I know, and she would truly do anything for anyone. She is incredibly hardworking and is dedicating her time to helping animals. She is taking educational classes to help train dogs as well as help them with severe skin issues. I am so grateful that I met Lauren Salzman she is a true sweetheart and would do anything for anyone. She always tries to do whatever she can to brighten some one's day. Thank you for your consideration in this matter and taking the time to read this. If you have any additional questions for me or need more information, please do not hesitate to email or call.

Sincerely,

# EXHIBIT 11



To the honorable Judge Garaufis:

My name is ████████████████ and I am from Fultonville, New York. I have lived in this area for the past 45 years along with my husband Michael and our four children. For many years I was a stay at home mom. As my children started to become independent, I decided it was time for me to follow my dreams and start a career in the animal field. I began working for ████████ ████████ in 2016 as a manager of both the pet hotel and doggy daycare. This is where I had the pleasure to meet and work with Lauren Salzman.

Lauren Salzman is one of the most positive, considerate, and compassionate individuals that I know. The moment that Lauren introduced herself, I knew she would be a great friend as well as a great collaborator to the team of ████████████. Although I have several examples that show Laurens dedication and compassion to her career and customers, I have one specific example that I would like to share. Our day was ending, and it was time for the owners to pick up their dogs to go back home. As one dog was leaving, Lauren noticed the dog had irritated skin. Lauren being the compassionate and dedicated individual she is, stayed after hours to help share information and interventions to improve the dogs skin irritation. Lauren even went out of her way and on her own time made a treatment remedy to help improve the dogs skin irritation. This is only one example that shows how much Lauren cares about the dogs and genuinely wants to help in any way she can.

Even though I have only known Lauren for some time, this does not stop the strong friendship that we gained so naturally. Lauren never fails to bring out the positivity in any stressful situation. She constantly is turning negatives into positives and encouraging all of us at ███████ with her contagious smile and laugh. Lauren elaborated more on her past experiences and hardship that are being brought forward in this case. I can tell you without a doubt that this information did not change my view nor opinion of her. I still seen Lauren as the bright, positive, and caring individual she is.

Lauren is an extremely hard worker and takes her career very seriously. Lauren is always hoping and finding ways to better herself with education to grow her skills and career path. She is compassionate and genuinely cares about all the dogs and costumers that enter ████████████ ████. She goes above and beyond everyday to make other collaborators smile and enjoy their day. Her commitment and positivity towards her skill inspires me and encourages me to better myself. Lauren and my friendship has grown since the day we meet which I am grateful for. Thank you for taking the time to read this. If you have any additional questions for me please don't hesitate to email or call.

████████████████

# EXHIBIT 12



To the Honorable Judge Garaufis:

My name is ████████ and I am from Amsterdam, New York. I am 19 years old and I currently live with my grandparents. I graduated from Mayfield CSD in 2019 and earned my high school diploma. In September of 2019 I went to ████████████ ████████████ While attending ████████████ I had the opportunity to start working with Lauren Salzman.

When I first met Lauren I knew we were going to get along and work well together. She is one of the most hardworking, outgoing, compassionate, and warm-hearted people I've met. We started talking to one another within the first 15 minutes of being at ████████ and from there built an amazing friendship.

Even as a child, I was never a very talkative person.  I was quiet and stayed to myself through high school, but there was something different with Lauren. After only knowing Lauren for a few minutes I just knew that I could trust her with anything, despite the age difference.

Once grooming school was over and we had both graduated from the academy, we started working with one another at ████████. Lauren is an amazing person to work with and just be around in general. I know if I have problems with anything she'd be the first person by my side. In the year and a half I have known her she has done nothing but encourage me and bring out the absolute best in everyone. Even on our most stressful days at work, you can find Lauren with a huge warming smile on her face, or making jokes with me just to take off some of the stress of our everyday lives.

I often find myself looking back to our days in grooming school and I remember other's mentioning things about Lauren that I didn't know or even care to know about her. None of the things I have seen on the Internet, or just heard about in general, fazed me a bit because I got to know Lauren for the amazing person she is and no one else's opinions could ever change mine about her.

Lauren has been very open about what took place and has spoken extensively about her situation with those that have come to her directly instead of speaking behind her back or snap chatting about her as some of our work and school mates have done. I am proud of Lauren for how she has handled all of this because I think a lot of people would have taken easier ways out such as suicide or falling into deep depression. I have experienced these things first-hand with people I know.

Lauren has chosen to work with animals and focus on helping them and those around her every day. I have experienced her to be caring and kind to the dogs and cats we work with even when they have bitten, scratched or injured her. I have learned a lot from her about being patient and loving even when I feel frustrated. Lauren has changed my life and I am forever grateful for being able to have such a wonderful person to work with and call one of my best friends.

Thank you for taking the time out of your busy schedule to read this. If you have any further questions please feel free to contact me.

█████████

EXHIBIT 13

██████████

██████████

████████████████████

██████████

████████████

To the honorable Judge Garaufis:

My name is ███████████ and I am originally from Fonda, New York. I am 23 years old and I live on an Army base in Fort Riley, Kansas with my husband who is an active duty soldier. I went to SUNY Delhi where I completed my education to become a certified Veterinary Technician. While on the job, I was able to get into dog grooming and I loved it. It was when I started working in this field that I had the pleasure of meeting Lauren Salzman.

From the moment I met Lauren I knew immediately that she was a genuine and compassionate person. She introduced herself to me right away when we began working together, and did so with a warm smile on her face. It was the type of cordiality that made me feel at ease, as though I had known her forever. I often worked by myself in the salon, and would be up to my neck in clients. Although I love my profession, this caused me a great amount of stress. From the first day we worked together Lauren would always do anything in her power to help me. She frequently talked with me, and it was this warm comradery that made my days better. It didn't matter what she was busy doing, she wouldn't hesitate to drop whatever it was to lend me a helping hand. I truly believe this selflessness is a quality that very few people have.

She has always been so kind to me and the people around her, no matter how long she had known them for.

Lauren and I grew very close in no time at all. Every morning she would stop to buy me a coffee before work, even with her hour long commute. She has always been so thoughtful with no expectation of recognition or reward. Even though she and I would work long hours 6 days a week, she was always her happy and bubbly self. Every day that we worked together she would make sure I was doing okay even if she was struggling. It was during this time together that she elaborated more on her past experiences and hardships that are being brought forward in this case. Her authenticity was so clear to me, that this new information did not in any way change my view or opinion of her.

Lauren is the most genuine person I know and she would truly do anything for anyone. She is incredibly hardworking and dedicated to her craft. She is constantly seeking out education and honing her skills, taking different classes to improve her knowledge. I will always admire her work ethic, and it is the kind of dedication I strive to have in my own profession to this day. Even though I live in Kansas now Lauren makes it a point to talk to me regularly because that is the kind-hearted person she so naturally is. Her friendship is something I will always cherish. Thank you for your consideration in this matter, and taking the time to read this. If you have any additional questions for me or need more information please don't hesitate to email or call.

█████████████

# EXHIBIT 14

██████████████

████████████████████

██████████████

████████████████

July 19, 2021

To the Honorable Judge Garaufis,

My name is ██████████████ and I am from Johnstown, New York.  I am an employee at ████████████████████████ based out of Ballston Spa, New York.  But before that, I had the pleasure of working in the same establishment as Lauren Salzman.

During our time working together at ████████████████████, our tasks were very different. I worked outside maintaining the yard and Lauren groomed dogs.  Although our daily work was different, I always knew when Lauren was, or wasn't there based entirely on the overall morale and mood of the employees that worked closest with her.  Lauren was a bright light in a place that needed it and we all grew to love her very much.

 Lauren's dedication to her work is second to none, but that's not even close to her best quality.  The constant, deep love that she displays when it comes to her family, friends, and animals is admirable to say the least.  Even in the midst of overwhelming stress, regret, and sadness, her love and compassion has never wavered.

 I have only known Lauren for a few years, but I am confident she will be in my life forever.  Her friendship alone has helped me more in my personal life than I could ever put into words.  The conversations and advice are something I will cherish forever.  I pray that we continue our friendship from the comfort of our homes, surrounded by our loved ones, learning from past mistakes and tragedies to build a beautiful life.

I am very thankful you took the time to read my words.  Please refer to the information I left on top if you have any questions for me at all.

Sincerely,

██████████████

EXHIBIT 15

████████████
███████ ██████
██ ██ ████████████████
███████ ██████
████████████████

Dear Judge Garaufis:

My name is ████████████ and I currently reside in Amsterdam, New York with my husband ████████. Together, we are the managing partners of ████████████, a technology company in which we primarily serve non for-profit organizations in the Capitol region.

I was first introduced to Lauren about a year ago at ████████████, where Lauren is employed as a professional pet groomer, upon picking up my two French Bulldogs from grooming services. Lauren kindly approached me with some suggestions for skin allergy issues I had been having with both dogs. I was immediately impressed with her knowledge on such issues and suggestions for treatment. It was apparent Lauren took great pride in her profession. We exchanged phone numbers that day and soon began chatting often about dogs, life and everything in between! Lauren and I cliqued right away, as we had many things in common and I knew we were "kindred spirits." Through our conversations it had grown apparent to me that Lauren had recently gone through a tough time and was starting her life over, although I was unaware of specifics at this point.

One evening after chatting with Lauren, my growing curiosity got the best of me and I found myself googling her name and BAM! Shocked was an understatement. I had vaguely heard of the NXIVM organization over the years and had often heard the name Keith Raniere on the evening news, but aside from that I had no knowledge of the situation. I then drowned myself in reading page after page of articles online trying to get a better understanding. I wanted to know more, I needed to know more as I was opening myself up to Lauren and we were quickly building a true friendship.

After researching the basis and teachings of how and why NXIVM was started I questioned how someone so well versed in "controlling" your emotions and mind could fall victim to such practices that later took place within the organization. I questioned what her true motives were for our developing friendship. Had she truly regretted her choices or was she still secretly harboring these practices and had ulterior motives for our blooming friendship. Was she really the monster and not the victim these articles portrayed her as?

At that point, I took a deep breathe and a step back. I quickly remined myself that you never truly know what someone else has gone through unless you lived through such a situation yourself. I also thought of my what I refer to as my "past life." Throughout my twenties I was in very mentally and physically abusive relationship with my ex-husband. I quickly remembered that upon entering that relationship it was never something that I thought would happen to me, let alone put up with and stay for as long as I did! The extreme abuse didn't just start one particular day, it started slowly and built and built until I didn't even know who I was. I knew it was wrong but the control and manipulation was so much stronger than anything I can ever explain. At that point it cliqued, essentially Lauren's situation was not much different than mine! How could I judge her situation having put myself through the same thing, under the control of a narcissistic, sociopath! I then confessed to Lauren I had snooped and was aware of her situation. She was relieved and grateful that I still wanted to talk. Lauren was incredibly open and answered any and all questions I had regarding the organization. It became very apparent to me that

she joined NXIVM because she truly wanted to help people be the best version of themselves and to make this world a better place. And at some point, similar to my own situation, very slowly things took a very wrong turn.

I truly believe, if given the opportunity Lauren will be extremely successful in whatever her next endeavor in life is, whether it be professional grooming or something completely different! She's extremely bright and intelligent. She's the most positive, upbeat person I know. I'm truly in awe of how Lauren is able to get through each day living with the deep burden of guilt and regret over the choices and decisions she has made in her past and to be the kind, motivated and supportive person she is. I wish I could be half the person she is.  Lauren is truly an inspiration to me and I can't wait to watch her thrive in her next journey through life! She truly has the gift to change this world and make it a better place. I consider myself very lucky to have such a loving, kind and supportive friend and am forever grateful for our paths crossing!

I hope this letter gives you a better insight of the amazing person Lauren truly is. Thank you for your time and please do not hesitate to contact me with any additional concerns or questions.

Thank you,

█████████████

# EXHIBIT 16

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

May 28, 2021

Re: Lauren Salzman

Dear Honorable Judge Garaufis,

My name is ███████████ and I grew up in the Albany area. I attended the University at Albany and then moved to the Boston area, for a job, two years ago. My family still lives in the Albany area so I visit often. When I visited my mother several months ago, I was on a hunt to find a dog groomer for our dog, Gracie. Finding a dog groomer is challenging in general, even more so in a pandemic. There are long waits, and most groomers work in spaces where there are lots of other animals around. I searched online and found a one-on-one pet grooming and skin & coat therapy service in Clifton Park. I reached out to the animal wellness business and Lauren immediately got back to me to schedule an appointment. I went two weeks later to Lauren's home with Gracie. I was greeted by Lauren and we sat down and she explained the dog grooming process, so I knew what to expect. She took time to text me updates after I dropped Gracie off. Lauren was very gentle, patient, and loving with Gracie. When I picked her up, Lauren gave me a bag of homemade products for Gracie's specific skin condition, and explained the condition and treatment thoroughly. She went above and beyond in the whole process. I have since brought Gracie back to Lauren for more treatments, as I am seeing a major improvement in her skin condition. Lauren has an in-home business with a dedicated room that includes a dog grooming table and professional stainless steel bathtub with a ramp. Lauren's heart has been dedicated to helping animals. It shows. I referred my best friend to Lauren, who has been to many groomers, and we both agree that we will always go to Lauren for the grooming needs of our fur family. Lauren is very educated in the dog grooming world, and most recently enrolled herself in an Animal Aesthetician course, as she is advancing her career. She is a highly valued pet groomer and I am so grateful I met her.

After the first time I met Lauren, we started a friendship. Lauren was very honest with me about the situation she was in, and I expressed I am comfortable being her friend and am supportive as she is moving forward and doing everything in her power to be a better person, and learn, and grow from the experience the past few decades. We talk almost every day now. Lauren is now a close friend, always checking in to see how I am doing. I believe being surrounded by animals has been incredibly therapeutic for her, and will continue to be. You don't often meet people who are as kind, loving, gentle, and compassionate as she is.

At this time, I truly believe that Lauren deserves a chance to continue working, taking classes, and helping animals, as a custodial sentence could compromise that. She is actively working on herself; starting an entirely new life, and going to therapy. I am very proud of her.

Your Honor, I am writing this character letter for Lauren Salzman, to get the message across that Lauren is truly a wonderful human being, who is highly valued, and a productive member of society. Please feel free to call or email me at any time if you'd like to talk. I can be reached at ████████████████████████████.

Thank you for taking the time out of your day to read this letter.

Sincerely,



# EXHIBIT 17

November 21, 2020



Honorable Judge Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Honorable Judge Garaufis,

I am writing to you concerning Lauren Salzman and her impending case. My name is ███████ and I have owned and operated the ████████████ ███████████████████████████ for over 20 years.

Lauren started to work for me in March 2021. Since that time, I have had the opportunity to get to know her on both a professional and personal level. Professionally, Lauren is a wonderful employee. She is always punctual and committed to seeing the job through. Her attentiveness to every animal that comes into the ██████████ is authentic and sincere. Lauren is eager to improve her skills and knowledge of the industry. She works well with the other staff members. She is polite, kind and always willing to help.

Lauren has brought her knowledge of skin and coat care to my business. She has helped both my staff and I gain a better understanding of it. She has brought her own products at her own expense just to help animals in need.

On a personal level, Lauren has shown nothing but integrity. Lauren has been extremely honest with me about her history. She has shown remorse and regrets her involvement with NXIVM. She has proven to make and sustain organic relationships. She goes out of her way to help others with no expectation of personal gain. She took the time to help my daughter write her graduation speech. She is someone I would call a friend. She is a kind, compassionate, caring, honest and thoughtful person.

The growth I have seen in Lauren over the last five months has been amazing. I do not feel that it would be the best decision to take her out of the current environment she is finally thriving in. Lauren is learning very important lessons in

life and finally being true to herself and her own wants and needs. Lauren has expressed how remorseful she is, and I truly believe her.

I thank you for your consideration in this matter and for taking the time to read this letter. If you have any questions or concerns, please do not hesitate to call or email.

Thank you,

█████████

# EXHIBIT 18



July 12, 2021

Dear Judge Garaufis,

My name is ████████████ and I am a pet groomer at █████████████████████ where I have worked for 8 years under my Boss, ██████████. I am writing to you as a character reference for Lauren Salzman, who I met in March of 2021. Lauren was referred to us last winter when we were overbooked and in need of extra staff support. Several local grooming shops shut down in our area and our schedule has been booked solid months in advance with full wait lists. Lauren was looking to further educate herself and build her skills in the grooming world and came to work with us.

Before she was even hired, Lauren informed us of her circumstances surrounding her involvement with NXIVM and her legal case, and made us aware that she would eventually go for sentencing. She was concerned for how this could affect us. She has been open about everything and answered all our questions. None of this has changed the way I have viewed Lauren. She came with good references and it is clear why.

When Lauren joined our team she fit right in. Lauren is a very devoted and hard worker. She listens and follows directions well. I believe that Lauren's work with animals has helped her during a very difficult time as she has come to terms with her mistakes and worked hard to move forward. She cares about the animals she works with and is especially good at working with animals that are afraid and sometimes aggressive. Lauren has become a valuable member of ████████████

Over the few months I have known Lauren I have grown to enjoy her friendship. She is always willing to listen and share in my excitement about things going on in my life. I could not be happier call to call her my friend. I look forward to continuing to work alongside side her now, and in the future. I also look forward to seeing her grow in her grooming skills. We work in an industry where good groomers are hard to come by. Lauren's desire to educate herself is admirable. She has asked me to teach her to groom cat as well as dogs. Grooming cats is no easy task, but I enjoy doing it and teaching it, and look forward to sharing it with her.

Thank you for taking time to read this letter. Lauren is a wonderful caring woman who has turned her life around and created a whole new life for herself. I believe in her ability to move forward from here and will support her in any way I can.

Please feel free to contact me with any questions.

Thank you

████████████

# EXHIBIT 19

The Honorable Judge Garaufis
Eastern District of New York
United States Courthouse
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201
November 29, 2020

Dear Judge Garaufis,

It is my pleasure to write this reference letter for my ▮▮▮▮▮▮▮ Lauren because I can honestly speak of her personality, skills, experiences, and ability to be reflective and transition positively into a new phase in her life.

I speak not only as ▮▮▮▮▮▮▮▮▮, for more than 30 years, but also as an experienced and skilled professional who has served at high-level posts in both the Federal and NY State government. For the Federal government, I was required to go through a thorough FBI security clearance. I also spent years determining probable cause/no probable cases in NYS and Federally, and later supervised and taught investigators how to arrive at honest findings in their investigations that could hold up, if necessary, in court.

Over the last year, I have had regular contact with Lauren and she has spoken honestly about the past experiences, how they hurt her (and others) and, also how she has come to understand the pain she experienced and how she was manipulated. Lauren started in this organization straight out of college and without world experience she was (as many others were) carefully manipulated.

Over the past two years, she has been diligent in working ▮▮▮▮▮▮▮▮▮▮▮▮ and continues to create a new life and reputation for herself. Lauren has always had the drive to excel at what she does.  We have the joy of having her visit with us weekly on Sundays and we see her great energy and enthusiasm for the new pursuits she has in "dog husbandry." Lauren's patience and compassion come across as she spends time grooming dogs and she regularly sends us photos of the "clients" and tells us of their personalities. She takes an interest in the dogs and has many repeat customers. She also brings her drive to her studying to be a dog trainer and a dog esthetician, looking to find issues with pets' skin.

Lauren's commitment to learning impresses me. She has created a new life plan to work with dogs and successfully completed her grooming certification and her dog training certification. She also is committed to her personal growth. During her dog grooming course, she successfully collaborated with another student which resulted in her getting employed in a dog grooming facility.

Lauren is intelligent, creative, and charismatic. I trust she will excel in this new phase. As such, I give her my highest recommendation for her new endeavors. ▮▮▮▮▮▮▮ will strive to help her in all her future pursuits.

Please do not hesitate to contact me for any further information.

Respectfully,

# EXHIBIT 20



July 10, 2021

The Honorable Judge Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

To the Honorable Judge Garaufis,

My name is ████████████████ and I am writing to give a personal character reference for Lauren Salzman. I have known Lauren for over thirty years. Our friendship dates back to junior high school. I am now an educator in the same school district and a part of the same community in which we grew up. To be honest, there are people who question my support of Lauren. It is in knowing Lauren before, during and after nxivm that I can wholeheartedly support and advocate for her. I know Lauren to be compassionate, caring and a person of integrity. Lauren is a selfless person who would be the first in line to support another even before herself.

Lauren and I were close throughout school and again after college. It was at this time that she met Keith Raniere through her mother Nancy. Lauren described with excitement the great work that they were accomplishing in helping others through the Executive Success programs. Lauren and I drifted during the years in which she was involved in Executive Success and nxivm. On the few occasions we did get together during that time, Lauren was always enthusiastic about projects and helping others. In the beginning as Executive Success programs I have knowledge of people who did find the programs helpful in guiding their success in career and relationships. As the program evolved, I began to question Lauren's dedication to the program and to Keith Raniere as it seemed heavily guarded, secretive and it was clear outside relationships were discouraged and caused strain. While I had no knowledge of the inner workings of the group, it was clear how much value Lauren placed upon Keith. It was evident that she and countless others of his following regarded this man to the extent of a messiah-like individual. With the power he had over her, she was unable to see the horrifying, detrimental side of Keith and the greed and hunger for power that shifted  the focus of the programs. Her beliefs and conversations continued to center around helping and elevating others.

Since the fall of nxivm, Lauren and I have reconnected. I have seen first-hand the ways in which she has come to understand the true workings of Keith Raniere and the prison-like hold he held over her. It has become clear to her the ways in which he manipulated her and other members to be unaware of workings within different sectors of the group and ways in which he pitted members against one another in competition to upraise himself in achieving his vanguard, god-like status and following from all. I have seen her remorse and regrowth in taking accountability for her involvement and misgivings. Lauren has worked incredibly hard at rebuilding herself emotionally, socially and occupationally. She has reconnected with friends and family. She has

worked diligently and poured countless hours and resources into building a successful career in dog grooming. I have had the opportunity to bring my dog to her. I was impressed by her hard work, knowledge and excellence in this field. She made my anxious rescue dog feel at ease, used healthy, natural products and provided a spa like feel with amazing results. She is building and rebuilding healthy relationships and reconnecting with the community in meaningful and positive ways.

It is for these reasons I continue to support Lauren and advocate for her to have the opportunity to continue to rebuild her life and positive impact in our community after having much of her adult life stolen and manipulated by Keith Raniere.


Respectfully,

█████████████

# EXHIBIT 21

December 2, 2020

To the Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Lauren Salzman federal sentencing

Dear Honorable Judge Garaufis,

My name is ███████. I am a resident of NY State and own and operate a successful interior design firm in NYC. My company has completed projects across the globe, and I have been recognized with many awards and distinctions over the years. In addition, I sit on the Board of Directors of two nonprofit foundations that are based in the U.S. and do important work in the areas of childhood education and animal rescue and rights.

I am writing this letter in support of my friend, Lauren Salzman.

I first met Lauren almost 20 years ago, when she was approximately 26 years old. I was hired as a consultant by Executive Success Programs to assist them on brand strategy and architectural design for a number of projects. To better understand the company, I was asked to participate in a sixteen-day intensive in which Lauren was the head trainer. I was enchanted by her skill, poise, intelligence, and passion for helping people. She struck me as wise beyond her years, with a drive and passion which I admired.

Over the past two decades I became good friends with her and her family. I have watched her grow from a collage graduate to a compassionate adult who constantly strives to grow herself, so that she can have a more positive effect on others.

There were many times over the years where I personally struggled with issues, and I have always found Lauren to be a consistent and cherished resource for me. She has been a coach, a friend and a cheerleader.

I was encouraged by Lauren and others at ESP to start my own design firm and use the tools I developed to grow a successful career. I have done just that, and my success has not only allowed me to provide a comfortable life for myself, but also provide employment for dozens people as well as give back through the charitable efforts I am able to support. I am very thankful to Lauren for helping me achieve these goals. I know that without her coaching and friendship I probably would have not been as successful.

More recently (over the past two years) I had the opportunity to spend some time with Lauren as she was preparing to testify at the trial of Keith Raniere. Occasionally she stayed in my NYC apartment

during this period, and I believe I have a unique perspective by witnessing how she was processing what had happened to her over the years.

It was heartbreaking to understand her experience with Keith and better comprehend the psychological manipulation that gradually evolved over time. It has been a long and difficult process for her to unwind and "pull apart" the level of deception and damage that occurred. I have watched her struggle with reconciling her high value of doing good against some of the actions that occurred, actions that were not aligned with these values.

Keith created a culture of manipulation that started at the top and affected everyone in the organization, creating a community of victims. It is my opinion that her actions were always driven by a desire to help people, never intended to hurt. However, the twisting of truth and meaning created a confusion that affected the choices that she and others made. I am so impressed with Lauren's current path to better understand what happened, to reconcile how she participated, and to strive to build a new life in which she can positively contribute to our world, which has been always her intention.

I am so very proud of the level of responsibility she has taken.

I have the great privilege of encountering many people in my professional and personal life. I can say with great conviction that few would have the strength to do what Lauren Salzman was able to do in the public eye, with great risk to herself, her future, and her family. To do what was "right". I am very proud to know Lauren and call her my friend.



EXHIBIT 22



January 26, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201


Re: Lauren Salzman federal sentencing

Dear Honorable Judge Garaufis,

This letter is written to tell you about my experience of Lauren Salzman and why I believe, based upon that experience, a sentence including incarceration would be inconsistent with fairness, justice, or required to uphold societal values and protect the public.

First, I feel it's important to tell you a little about myself and my association with NXIVM so you know something about the person providing this character letter. I am a 66 year old woman who has known Nancy and Lauren Salzman since 2002. Born and raised in Anchorage, Alaska, I spent twenty-five years practicing law as a criminal defense attorney in Alaska, first as a state public defender, then as a federal defender and then as the owner of my own law practice. My practice was devoted to representing individuals charged with serious felony offenses throughout the state. I was considered one of the most effective defense attorneys in the state.

After 25 years of practicing criminal defense, I closed my private law practice, pursued personal interests, and then in 2009 went to work for the Alaska Department of Corrections. Initially, I was the Commissioner's Special Assistant and then 8 months later promoted to Deputy Commissioner. My primary responsibilities were to implement reformative programs in state prisons and jails and improve prisoner reentry outcomes as the state was receiving a very poor return on the incarceration dollars spent given its very high recidivism rate.

From 2003 to approximately 2007, I attended a number of Executive Success Programs (ESP). Being very favorably impressed with the curriculum, I saw how it helped me in significant life changing ways. As a result, I decided to pursue the "stripe path" and became a coach. In addition to these activities, I also performed legal services for NXIVM.  My primary responsibility was to oversee the work being perform by New York City law firm Proskauer and Rose.  I reported to Kristin Keeffe who was NXIVM's legal strategist. She in turn reported to Keith Raniere. While working in this capacity, it soon became clear to me that Mr Raniere was not interested in my legal advice, and I became increasingly uncomfortable with the ethics of the legal strategies he and Ms. Keeffe pursued. Consequently, I quit working for the organization, stopped attending intensives and working the stripe path. I continued to maintain intermittent contact with Nancy Salzman whom I admired greatly.

From late April 2019 to the present, I have been in close contact with both Nancy and Lauren Salzman and consider myself a family friend. In April 2020, I flew from Alaska to Clifton Park, NY to spend time with them both.

When I first met Lauren in 2003, she impressed me greatly with her intelligence, kindness and genuine interest in her ESP students. I, of course, had no idea about her intimate relationship with Keith Raniere. I learned these details later when I started to spend a great of time with Lauren on the phone and some time in person. Since the spring of 2019, I have witnessed Lauren examine her relationship with Keith, fully comprehend and take responsibility for how her love for and allegiance to him caused her to hurt others and herself. I have also witnessed her move through many stages of profound grief for the inadvertent harm she has caused and for her loss of so many of her best years to a conman who in the end cared only for himself and repeatedly lied to her with the ultimate false promise of having his baby to keep her entangled in his web.

It is also significant to witness how Lauren completely walked away from her entire NXIVM life. She has made new friends, gone to college, dog grooming and dog behavioral school, loving every moment realizing what she is able to accomplish without being under Raniere's thumb. I do not believe that Lauren will continue in a position as a minimum-wage earner. Instead, I believe she has the passion, tenacity and dedication to own and operate an Animal Wellness salon focusing on dog grooming and treating coat disorders. Lauren has done everything humanly possible to show her sincere remorse by exposing herself via her testimony against Raniere, disavowing her former life and doing all that she can to start a new and completely different life.

During my career as a criminal defense attorney and then as deputy commissioner for the department of corrections, I learned that true reform comes when an offender honestly and fully accepts responsibility for his/her actions, accepts the consequences of his/her behavior without victimhood and makes amends.  I believe Lauren has done all three to best of her ability given her current bail conditions.

Your Honor is better aware of the Federal Sentencing Criteria than I. I humbly suggest, however, that neither community condemnation, reaffirmation of societal norms nor the protection of society requires Lauren to serve prison time.  Maybe prison time would be appropriate had Lauren been a cunning collaborator with Mr. Raniere.  Instead, at the age of 21, Lauren fell under his subtle and ever-growing control until she could no longer think for herself and see the strange course her life had taken. Today, however, see who Lauren really is and what she is capable of being and doing when freed from Mr. Raniere's pervasive control over every aspect of her life.

I also ask you to please consider the fact that in this case it is very difficult to distinguish between the victim and the perpetrator. As Moira Penza stated in the tv series, *Seduced, Inside the Nxivm Cult,* "In these sorts of cases, we often see the line between victim and victimizer is not quite clear and that was true with DOS".  Many of the uncharged witnesses who testified for the government and other uncharged DOS members were just as culpable or more so than the female defendants charged in this prosecution. The prosecutors have ultimate charging authority.  I respectfully suggest that their decision making process in deciding who and who not to charge seems arbitrary at best or self-serving at worst.

Thank you for any time and consideration you may give my comments.

Most respectfully yours,

███████████████

# EXHIBIT 23

December 3, 2020

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Lauren Salzman Federal Sentencing

To the Honorable Judge Garaufis,

My name is ▮▮▮▮▮▮▮.  I am a business woman from Anchorage, Alaska.  I attended a number of ESP/NXIVM trainings and found them to be extraordinarily helpful to push me through old behavior patterns that no longer served me well.

I first met Lauren in 2002, soon after she graduated from college. At the time she was a young, dynamic woman who worked for Executive Success as a lead trainer for their programs.  She was and remains a charismatic and very hard working woman. I was impressed by her on all levels, having started my own business at age 19 (fifty years ago).

In the last two years I have spent many hours talking with Lauren.  My deepest conversations happened between 2018 and 2020. I even went to New York to visit Lauren and her mother, Nancy. During the time I have spent with Lauren, I have witnessed her struggle to understand the extent to which her life was completely captured by Keith Raniere's manipulative and abusive behavior. I witnessed her struggle with the loss of close friends, her career, her freedom, and most importantly the loss of confidence in her own judgement and autonomy. Amazingly, she has walked through this dark period of soul searching to come out on the other side ready to begin her life anew. So many people do not have the capacity to do this. Lauren has taken college  psychology courses to better understand what happened to her; embarked on a new career she now enjoys; and has plans to open her own business — dog grooming, training and boarding.

Lauren is deeply remorseful about her participation in DOS and how DOS harmed others, as she testified under oath against the man she once love and revered, exposing herself in the most intimate and embarrassing ways in order to help make amends for her conduct. She was one of last recruits to join DOS and her participation was not nearly as long and involved as other women who are now perceived as victims.  In our con-

versations Lauren has  often expressed her remorse by discussing the impact of her participation on all of the people who relied on ESP and NXIVM programs for self-improvement.  Her loyalty to her students and her family was intense, and her betrayal of their ideals by involving herself in DOS has effected her emotionally, psychologically and physically.

Lauren has lost her career, her child bearing years, her friends, her peace of mind, her reputation and possibly her liberty because she chose to follow a manipulative conman she loved and who she came to believe whole-heartedly was her path. She now deeply knows he is a fraud who deceived and manipulated not only her but her family and countless others.  Lauren still does not sleep well or eat well, but she moves forward with diligence, determination and on her own. She uses the same drive and effort that she put into her coaching and mentoring as lead trainer, but this time autonomously and without needing Keith Raniere's approval.

Incarceration is intended to protect society from offenders, as well as to deter offenders and others from committing crime; to help restore community norms;  to ensure justice, social safety and stability; and for rehabilitation and life-redirection.  In Lauren's case, I strongly suggest that these goals have already been met.

She has been under house arrest since 2017. Only recently has she been able to go to work as a dog groomer.  Lauren has embraced this minimum wage job, which requires a two-hour daily commute, with enthusiasm,  an utter lack of pretense, and realistic hope for a future she can build for herself.  She is penitent. She has repaired her relationships within her family.  And, most importantly, she is repairing and rehabilitating herself.

To send her to prison for being the victim of a stunningly adept conman will send her tail-spinning backwards.  Given the entirety of the facts of this case, it's hard to conceive that reaffirmation of societal norms and justice require this grave outcome.

Respectfully,

███████████

# EXHIBIT 24

Dear Judge Garaufis

I want to express this letter as a character reference for Lauren Salzman.

I have known Lauren for more than 15 years. And in this time, I have known her to be nothing but genuine, caring, kind and honest.  In fact, she has been a true friend to me on more occasions than I can count.

When I first met Lauren I was struck by how happy she seemed to be.  Always smiling and holding out her arms for a hug or a warm embrace.  I didn't know her very long before I realised that she was genuinely one of the most wonderful people I'd ever met.

One day I brought my children to an outdoor party where we both were guests.  Lauren instantly made a beeline for them and started to play with them, riding around on the ground pretending to be a seaside donkey and offering them rides on her back.  She spent the day bonding with the two boys, aged two and three respectively, and by the end of the party they were clambering into her lap and covering her face with kisses.  She had no need to do this.  There were many people at the party, and Lauren's time could've been spent with any of the people there.  Yet, she chose to spend most of her time with the children of the guests.  To me, this says an enormous amount about a person's character.

Lauren connects instantly with everyone she meets.  She has a genuine love of people, a natural rapport with strangers and would go out of her way to help anyone in need.  Even though we live on opposite sides of the Atlantic, she would often send me funny memes, check in with me and send me cards and well wishes on special occasions.

The last 2 years have been hard on Lauren.  It is apparent to me, that she fully accepts responsibility for all her actions and wants nothing more than to move forward into the next stage of her life with a deeper knowledge of self and a greater awareness of her responsibility and place in the world.

I have watched her struggle, cry, be happy and then sink into a deep despair, before regaining her composure and continuing her work to become a better human.  In fact, that's all I've ever known Lauren to do.  Work tirelessly on becoming a better human.  At her core and at the essence of who she is, is a desire to make the world a better place to live.

At the end of the day, I can only tell you what I see.  And that is a woman who has a burning desire to put right the wrongs, to rebuild her life and to do as much good in the world as she possibly can.  Her work with animals, and how hard she has studied to become a successful dog groomer, despite the adversity that is now present in her life, is testament to the fact that she is determined to make good in this world.

Lauren Salzman truly is one of the good ones.  She is kind, honest, straight and true.  I have never known her to be any other way, and have witnessed her exhibit these traits consistently in the 15 years of close friendship I have enjoyed with her.  These words are spoken from the heart.  Anyone who connects with children and animals in the pure and genuine way she does, has nothing but a heart of gold.

I hope this letter will give you an understanding of Lauren that you possibly did not have before. Her work over the last 2 years to try to build another life, to retrain in another profession and her continuing desire to be the best she can be, is inspiring to me in many ways.  I would place her as someone to look

up to in the world.  Someone I could aspire to be more like.  Someone I would have no hesitation in leaving my children with.  The kind of person that I myself, strive to be.

If you would like to speak with me personally, or have any questions about anything I have written, please do not hesitate to get in touch.  ████████████████████████████████

Many thanks and best wishes

████████████

EXHIBIT 25



28 November 2020

To the Honorable Judge Garaufis,

My name is ▮▮▮▮▮▮ and I am writing to you to give a character witness statement on behalf of Lauren Salzman. I am aware of Lauren's history and have also been closely following in the detail the proceedings of the last 2 years. In spite of everything it is an honour for me to be writing to you today on behalf of Lauren.

I have been very fortunate in my professional life to have worked under some of the most talented coaches in the world in my field as a professional soccer player. My early life, at 14 years old, lead to signing a professional soccer contract with Manchester United FC. My coaches during the 6 years I spent living in Manchester, England included Sir Alex Ferguson, Brian Kidd and Nobby Stiles. All 3 men have had a huge effect on the person at 46 years old that I have become today. They taught humility, respect, determination and honour, which are 4 things that I have always carried with me through every task in my life.

Unfortunately during my time at Manchester United FC I suffered a career shorting injury and by the time I was 26 years old I faced retirement. The next 3 years of my life where probably my toughest trying to find a new direction. In March 2003 I was invited to attend a 5 day Executive Success Programs event in Albany. My purpose for attending was to find some positive steps forward towards restructuring my life.

It was at this event that I met Lauren, she was the head trainer at the event. As I have mentioned I have been very fortunate to have worked with some of the world's very best in my profession. Watching Lauren coach and help that group in the room over that 5 day period was simply as amazing as I had ever experienced. Over the next 2 years Lauren personally choose to help and support me in becoming the person I am today and at no time for any monetary gain but from the kindness of her heart.

From that time to now I have continued to work in soccer but in ways I would never have imagined. I have obtained the highest worldwide qualifications as I coach 'UEFA Professional Coaching License' which I have used to coach many young children in Ireland, I created a commercial company designed to help local soccer clubs and charities in Ireland to fundraise and I can proudly say I have directly helped to raise well over 1 millions euros to date. 8 years ago I launched my own sportswear brand design ed to provide affordable sportswear to sports clubs in Ireland. I now currently employ 10 people, with the turnover going from zero to 2 million euros a year with a growth rate of 20% per year with a lot of the money earned being regenerated back into Irish sport.

It is very important for me to share this information with you as all of this success has brought so much good and positivity to many many people all over Ireland. I can truly say if I had not met Lauren Salzman I would not have been able to reinvent myself in the way I have. In my opinion the work that Lauren has done with many people, like myself, in her life is world class.

I felt very sad when I started to hear about the terrible and shocking events of the last few years, but I can understand how Lauren has got herself entwined as she is so full of love and because her so called coach "Raniere" lead her to believe that what she was doing was good; and Lauren has followed his commands. I can in some way understand this. If one of my coaches gave me instruction, I would always do my very best to follow it by the letter of law.

Sadly, Lauren has fallen for the wrong coach leading her to the chain of event that has brought her in front of you to be judged. I can only say that I am so thankful to have met Lauren and be able to tell you it is an honour for me to tell you Lauren is one of the most amazing people I have ever met and I am very proud to call her my friend.

I thank you so much for taking the time to read my letter today, God Bless.

Yours sincerely,



# EXHIBIT 26

Exhibit 26

filed under seal

# EXHIBIT 27

Exhibit 27

filed under seal