DOCKET NUMBER: CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR IN-PERSON SENTENCING

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

BEFORE JUDGE: GARAUFIS  DATE: JULY 28, 2021  TIME IN COURT  2  HRS     MINS
@ 11:30 AM.

1. **DEFENDANT**: LAUREN SALZMAN

Present X   Not Present     Custody    Not Custody X

    **DEFENSE COUNSEL**: HECTOR DIAZ
    FEDERAL DEFENDER:     CJA:           RETAINED:  X

2. **DEFENDANT**:
Present   Not Present     Custody    Not Custody

**DEFENSE COUNSEL**:
    FEDERAL DEFENDER:     CJA:     RETAINED:

3. **DEFENDANT**:
Present   Not Present   Custody    Not Custody

**DEFENSE COUNSEL**:
   **FEDERAL DEFENDER:  CJA:   RETAINED:**

A.U.S.A.: TANYA HAJJAR

**COURT REPORTER: LINDA MARINO**
**INTERPRETER:      LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)   ☐ Revocation of Probation contested
- ☐ Arraignment                                    ☐ Sentencing on a violation
- ☐ Bail Application                               ☐ Motion Hearing
- ☐ Violation                                      ☐ Hearing
- ☐ Status Conference                              X Sentencing
- ☐ Bail Violation Hearing                         ☐ Motion for sentence reduction
- ☐ Curcio Hearing                                 ☐ Oral Argument
- ☐ Voir Dire Held        ☐ Jury selection        ☐ Jury trial
- ☐ Jury Trial Death Penalty  ☐ Sentence enhancement Phase    ☐ Bench Trial Begun

**Speedy Trial Start :    Speedy Trial Stop:    CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?    YES           NO   X**

SENTENCING HELD; SEE JUDGMENT.