UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA

-against-

LAUREN SALZMAN,

                Defendant.
-----------------------------------------------------------

18 CR 204 (NGG)

[PROPOSED] ORDER EXONERATING BOND AND ORDERING RELEASE OF PASSPORT

WHEREAS, on July 27, 2018, this Court ordered the release of Ms. Salzman on a $5,000,000.00 personal recognizance bond, secured by $50,000.00 in cash, and;

WHEREAS, Ms. Salman's personal recognizance bond was further secured by a confession of judgment as to real properties located in Saratoga County, New York;

WHEREAS, Ms. Salzman has fully complied with the terms of this bond;

WHEREAS, on July 28, 2021, this Court sentenced Ms. Salzman to five years probation;

WHEREAS, counsel for Ms. Salzman has made an application for an order directing U.S. Pretrial Services to return Ms. Salzman's passport;

IT IS HEREBY ORDERED, upon the application of Ms. Salzman, that Ms. Salzman's bond in this matter is hereby exonerated and released. All suretors on Ms. Salzman's bond and all properties are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED that U.S. Pretrial Services is directed to release Ms. Salzman's passport to her, by returning her passport to her at the address she has provided to Pretrial Services.

Dated: New York, New York

      November 18, 2021                 SO ORDERED

                                                      s/Nicholas G. Garaufis
                                            The Honorable Nicholas G. Garaufis
                                            District Judge, United States District Court
                                            Eastern District of New York

1